UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
DISPOSABLE CONTACT LENS
ANTITRUST LITIGATION                    Case No.: 3:15-md-2626-J-20JRK
_____/

## ORDER

**THIS CAUSE** is before this Court on the "Motion to Schedule Initial Status Conference" (Dkt. 2). In this motion, Plaintiffs Rachel Miller, Caitlin O'Neill, Tyler Brandafino, John Machikawa, Bernadette Goodfellow and Georgina Lepe, plaintiffs and putative class representatives in two of the seven actions transferred to this Court pursuant to the Transfer Order entered by the United States Judicial Panel on Multidistrict Litigation on June 8, 2015 (collectively, the "Movants"), request that this Court schedule an Initial Status Conference. The Movants request this conference to address the following matters: 1) establishment of interim lead counsel, liaison counsel, and trial counsel; 2) the overall organization of this litigation; 3) the applicability of the Manual for Complex Litigation and this Court's Local Rules to this litigation; 4) the establishment of a schedule for this litigation; 5) the establishment of a discovery and briefing schedule for the determination of class action questions and possible sub-classes; 6) the establishment of a discovery schedule and discussion of related discovery issues; and 7) the resolution of other issues requiring prompt attention.

Accordingly, it is **ORDERED**:

1. An Initial Status Conference is scheduled for this case on Tuesday, July 14, 2015, beginning at 9:30 a.m., in Courtroom 10C;

2. Prior to the Initial Status Conference, the parties are directed to discuss matters raised in the pending motion, as well as other matters they deem relevant, and attempt to reach agreements on as many of the issues as possible;

3. The Jury Assembly Room on the first floor of this courthouse will be available on the afternoon of Monday, July 13, 2015, for the attorneys in this litigation to meet and discuss matters prior to the Initial Status Conference on the following day; and

4. If an attorney is not able to attend the Initial Status Conference, they are directed to notify this Court, in writing, no later than Friday, July 10, 2015, at 3:00 p.m.

DONE AND ORDERED at Jacksonville, Florida, this 17th day of June, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record