IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 3:15-md-02626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>MDL No. 2626 |

### DEFENDANTS ABB OPTICAL GROUP, ALCON LABORATORIES, INC., BAUSCH & LOMB INCORPORATED, COOPERVISION, INC., AND JOHNSON & JOHNSON VISION CARE, INC.'S JOINT RESPONSE TO PLAINTIFFS' MOTION TO SCHEDULE INITIAL STATUS CONFERENCE

Defendants ABB Optical Group, Alcon Laboratories, Inc., Bausch & Lomb Incorporated, CooperVision, Inc., and Johnson & Johnson Vision Care, Inc. ("Responding Defendants") respectfully submit this response to Plaintiffs' Motion to Schedule Initial Status Conference (Dkt. 2) and the Florida Plaintiffs' joinder (Dkt. 4).  The Responding Defendants agree that a status hearing should occur as the logical next step.  We respectfully note two threshold points for the Court's consideration with respect to the currently scheduled date and the topics to be addressed at the initial hearing.

*First*, as the Florida Plaintiffs note in their June 17, 2015 filing (Dkt. 4), this litigation consists of over 50 lawsuits filed across the United States, and not all of the cases have actually been transferred from their federal courts of origin.  The Judicial Panel on Multidistrict Litigation's Transfer Order addressed only the first seven of the cases.  *See*

Transfer Order, ECF No. 186, MDL No. 2626. The remainder of the cases will be transferred in the ordinary course over the next few weeks, but that administrative process is ongoing (which also means that counsel in yet-to-be-transferred cases have not received notice of plaintiffs' motion for a status hearing or this Court's order setting a status hearing). For example, there are at least three actions for which the JPML has yet to issue a conditional transfer order, and thus these cases have not begun the transfer process. *See Hirsch v. CooperVision, Inc. et al.*, Case No. 0:15-cv-61055-DPG (S.D. Fla.); *Khanna v. CooperVision, Inc. et al.*, Case No. 0:15-cv-61084-DPG (S.D. Fla.); *Pacheco v. CooperVision, Inc. et al.*, Case No. 4:15-cv-00300-RH-CAS (N.D. Fla.). As a result, the Responding Defendants agree with the Florida Plaintiffs that the hearing date may be premature until the existing tag-along actions have actually been docketed in this Court, and the parties can be notified at that point.

*Second*, the Responding Defendants respectfully submit that an initial status conference, whenever it is held, should focus on the selection of plaintiffs' lead counsel and liaison counsel as the first step. *See Manuel for Complex Litigation* (*Fourth*) § 10.224 (2004) (advising courts "to take an active part" in appointing counsel and noting that "[d]eferring to proposals by counsel without independent examination . . . invites problems down the road if designated counsel turn out to be unwilling or unable to discharge their responsibilities satisfactorily or if they incur excessive costs."). In its Order, the Court directed plaintiffs and defendants to meet on July 13, 2015 in an effort to reach agreement on a number of agenda items, for a hearing on July 14. As matters presently stand, however, the plaintiffs in these 50-plus class actions are represented by different groups of counsel across the country, with

several dozen firms that appear on the various complaints. The appointment of plaintiffs' lead counsel and liaison counsel as the first step will help avoid disagreements and ambiguities over who is speaking for whom among the various plaintiffs, and thus afford the parties a meaningful opportunity to meet and confer on an efficient path forward. *See MDL Standards and Best Practices* 32–33 (Duke Law Center for Judicial Studies, Sept. 11, 2014) ("Putting a leadership structure in place promptly will allow the plaintiffs to take an organized approach to early case management tasks and give defense counsel someone to communicate with about open issues.").[1]

The Responding Defendants thus respectfully submit that it may be appropriate to begin with the appointment of the plaintiffs' leadership team in the first instance at an initial status hearing scheduled after all cases have been docketed. The parties could confer thereafter—knowing who is speaking for whom among the various plaintiffs—on matters such as dates for the filing of a consolidated complaint and dates for motion to dismiss briefing, all of which could be addressed at a second hearing shortly thereafter.

---

[1] https://law.duke.edu/sites/default/files/centers/judicialstudies/MDL_Standards_and_Best_Practices_2014-REVISED.pdf (last visited June 23, 2015).

Dated: June 24, 2015    */s/ Dennis P. Waggoner*
　　　　　　　　　　　　　　Benjamin H. Hill, III (Florida Bar No. 094585)
　　　　　　　　　　　　　　Dennis P. Waggoner (Florida Bar No. 509426)
　　　　　　　　　　　　　　HILL WARD HENDERSON
　　　　　　　　　　　　　　101 East Kennedy Boulevard, Suite 3700
　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　Phone: (813) 227-8426
　　　　　　　　　　　　　　Fax: (813) 221-2900
　　　　　　　　　　　　　　E-Mail: dennis.waggoner@hwhlaw.com

　　　　　　　　　　　　　　Edwin John U (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　Patrick J. King (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　Phone: (202) 879-5000
　　　　　　　　　　　　　　Fax: (202) 879-5200
　　　　　　　　　　　　　　E-Mail: edwin.u@kirkland.com
　　　　　　　　　　　　　　patrick.king@kirkland.com

　　　　　　　　　　　　　　*Attorneys for ABB Optical Group*

*/s/ A. Graham Allen*
A. Graham Allen (Florida Bar No. 117110)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida  32207
Phone:  (904) 398-3911
Fax:  (904) 396-0663
E-Mail:  gallen@rtlaw.com
shorovitz@rtlaw.com

David R. Marriott (*pro hac vice forthcoming*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone:  (212) 474-1000
Fax:  (212) 474 3700
E-Mail:  dmarriott@cravath.com

*Attorneys for Alcon Laboratories, Inc.*


*/s/ Terrence Russell*
Terrence Russell (Florida Bar No. 116057)
HOLLAND & KNIGHT
50 North Laura Street, Suite 3900
Jacksonville, FL  32202
Phone:  (904) 798-7327
Fax:  (904) 358-1872
E-Mail:  terrence.russell@hklaw.com

Steven C. Sunshine (*pro hac vice forthcoming*)
Paul M. Eckles (*pro hac vice forthcoming*)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Phone:  (202) 371-7860
Fax:  (202) 661-0560
E-Mail:  steve.sunshine@skadden.com
paul.eckles@skadden.com

*Attorneys for Bausch & Lomb Incorporated*

*/s/ Christopher S. Yates (pro hac vice)*
Daniel M. Wall (*pro hac vice forthcoming*)
Christopher S. Yates (*pro hac vice*)
LATHAM &WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
E-Mail: dan.wall@lw.com
chris.yates@lw.com

*Attorneys for CooperVision, Inc.*


*/s/ R. Troy Smith*
R. Troy Smith, Esq. (Florida Bar No. 485519)
GRAYROBINSON, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202
Phone: (904) 632-8483
Fax: (904) 598-9109
E-Mail: troy.smith@gray-robinson.com

William F. Cavanaugh, Jr. (*pro hac vice forthcoming*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: (212) 336-2793
Fax: (212) 336-2394
E-Mail: wfcavanaugh@pbwt.com

*Attorneys for Johnson & Johnson Vision Care, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on June 24, 2015 I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                            */s/ Dennis P. Waggoner*
Dennis P. Waggoner
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
Tampa, FL  33602
Phone:  (813) 227-8426
Fax:  (813) 221-2900
E-Mail:  dennis.waggoner@hwhlaw.com

*Attorney for ABB Optical Group*