UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: 3:15-md-02626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>MDL No. 2626 |

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

Notice is given that Stuart H. Singer hereby appears as counsel of record for Costco Wholesale Corporation in the above-captioned matter and requests that copies of all notices, pleadings, and other papers be served on him at the address below.  The undersigned certifies that he is admitted to practice in the United States District Court for the Middle District of Florida.

Date:  July 7, 2015                                              Respectfully submitted,

                                                                            By:   s/Stuart H. Singer
                                                                                    Stuart H. Singer
                                                                                    Fla. Bar No. 377325
                                                                                    BOIES, SCHILLER & FLEXNER LLP
                                                                                    401 East Las Olas Blvd.
                                                                                    Suite 1200
                                                                                    Fort Lauderdale, FL 33301
                                                                                    Tel: 954-356-0011
                                                                                    Fax: 954-356-0022
                                                                                    ssinger@bsfllp.com

                                                                            *Counsel for Costco Wholesale Corporation*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 7, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served on this date via transmission of Notices of Electronic Filing generated by CM/ECF system.

                                                  s/Stuart H. Singer
                                                  Stuart H. Singer