UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: 3:15-md-02626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>MDL No. 2626 |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

Notice is given that George R. Coe hereby appears as counsel of record for Costco Wholesale Corporation in the above-captioned matter and requests that copies of all notices, pleadings, and other papers be served on him at the address below. The undersigned certifies that he is admitted to practice in the United States District Court for the Middle District of Florida.

Date: July 7, 2015

Respectfully submitted,

By:   s/George R. Coe
George R. Coe
Fla. Bar No. 298440
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue
Suite 840
Orlando, FL 32801
Tel: 407-425-7118
Fax: 407-425-7047
gcoe@bsfllp.com

*Counsel for Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on July 7, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on this date via transmission of Notices of Electronic Filing generated by CM/ECF system.

            s/George R. Coe
            George R. Coe