# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In Re:**<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | **Case No. 3:15-md-2626-J-20JRK**<br><br>**Judge Harvey E. Schlesinger** |
| **THIS DOCUMENTS RELATES TO:**<br><br>**MEGAN NEFOROS, et al.**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**COOPER VISION, INC., et al.**<br><br>       **Defendants.** | **Case No. 3:15-cv-00437-HES-JRK** |

## NOTICE OF APPEARANCE

I. William Spivey, II, Courtney M. Keller, Colin S. Baker and the law firm of Greenberg Traurig, P.A., hereby enter their appearance as counsel of record for Defendant, WAL-MART STORES, INC., in the above-styled cause of action (<u>Neforos</u>).  Copies of all future pleadings, motions and other papers concerning this action should be served on the undersigned.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 7th day of August, 2015, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to all counsel of record.

GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida  32801
Telephone:  (407) 420-1000
Facsimile:  (407) 420-5909
Email:    spiveyw@gtlaw.com
              kellerc@gtlaw.com
              bakerco@gtlaw.com
              turners@gtlaw.com
              FLService@gtlaw.com
*Counsel for Defendant, Wal-Mart Stores, Inc.*

By: */s/ I. William Spivey, II*
      I. William Spivey, II
      Florida Bar No. 701076
      Courtney M. Keller
      Florida Bar No. 0028668
      Colin S. Baker, Esq.
      Florida Bar No. 66352

*NY 245338008v1*