UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
| THIS DOCUMENTS RELATES TO:<br><br>DEBRA DENTON, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>COOPER VISION, INC., et al.<br><br>      Defendants. | Case No. 3:15-cv-00762-HES-JRK |

## NOTICE OF APPEARANCE

    I. William Spivey, II, Courtney M. Keller, Colin S. Baker and the law firm of Greenberg Traurig, P.A., hereby enter their appearance as counsel of record for Defendant, WAL-MART STORES, INC., in the above-styled cause of action (Denton).  Copies of all future pleadings, motions and other papers concerning this action should be served on the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August, 2015, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to all counsel of record.

>GREENBERG TRAURIG, P.A.
>450 South Orange Avenue, Suite 650
>Orlando, Florida  32801
>Telephone:  (407) 420-1000
>Facsimile:   (407) 420-5909
>Email:    spiveyw@gtlaw.com
>              kellerc@gtlaw.com
>              bakerco@gtlaw.com
>              turners@gtlaw.com
>              FLService@gtlaw.com
>*Counsel for Defendant, Wal-Mart Stores, Inc.*
>
>By:  /s/ I. William Spivey, II
>       I. William Spivey, II
>       Florida Bar No. 701076
>       Courtney M. Keller
>       Florida Bar No. 0028668
>       Colin S. Baker, Esq.
>       Florida Bar No. 66352

*NY 245338009v1*