UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

### ORDER

This matter is before this Court on the "Motion for Clarification" (Dkt. 120) and the response thereto (Dkt. 121). In this motion, the Direct Purchasers seek clarification of the Order appointing interim class counsel (Dkt. 116).

This Court has not seen the Consolidated Complaint that was mentioned in July. Once that pleading is filed, this Court will consider allowing a separate Complaint naming the retailers only as defendants.

According, it is **ORDERED**:

The "Motion for Clarification" (Dkt. 120) is **GRANTED** to the extent that the prior Order is clarified by the above.

DONE AND ENTERED at Jacksonville, Florida, this ___ day of October, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record