## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In Re:**<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | | **Case No. 3:15-md-2626-HES**<br><br>**Judge Harvey E. Schlesinger** |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Class Actions** | | |

## STIPULATION TO EXTEND TIME TO FILE CERTAIN DOCUMENTS PURSUANT TO CMO NO. 1

WHEREAS, pursuant to this Court's Case Management No. 1 ("CMO No. 1), entered on July 15, 2015, (ECF No. 1), the undersigned parties conducted a meet and confer on December 21, 2015 to discuss Class Plaintiffs and Costco Wholesale Corporation's ("Costco") proposal concerning the following documents:  (i) Document Preservation Order; (ii) ESI Protocol; (iii) Confidentiality Order; and (iv) Case Management Schedule and Report;

WHEREAS, pursuant to CMO No. 1, counsel for Costco and Defendant Johnson & Johnson Vision Care, Inc. conducted a meet and confer on December 22, 2015 to discuss Costco's proposal concerning the Case Management Schedule and Report for Costco's separate action;

WHEREAS, pursuant to CMO No. 1, the parties are required to file joint or respective proposals of the above-listed documents on or before January 4, 2016;

WHEREAS, in light of attorneys' travel schedules during the winter holidays, the parties have experienced difficulty coordinating, scheduling, and continuing their discussions to finalize these documents; and

WHEREAS, the parties believe an additional week would enable them to make significant progress in agreeing upon joint language for these documents, where possible, and crystalizing any disagreements so that they may be clearly and concisely presented to the Court for resolution.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, by and between the parties, through their undersigned counsel, that CMO No. 1 is amended as follows:

The date by which the parties shall file their joint or respective (i) Document Preservation Order; (ii) ESI Protocol; (iii) Confidentiality Order; and (iv) Case Management Schedule and Reports is adjourned from January 4, 2016 to January 11, 2016.

**AGREED TO AND SO STIPULATED THIS 30TH DAY OF DECEMBER**

**2015:**

Robert C. Gilbert
Florida Bar No. 561861
Email: gilbert@kolawyers.com
KOPLOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2525 Ponce de Leon Boulevard
Suite 625
Coral Gables, FL 33134
Telephone: (305) 384-7270
Facsimile: (954) 525-4300

*Plaintiffs' Liaison Counsel*

s/*John A. DeVault, III*
John A. DeVault, III
Florida Bar No. 103979
Email: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
Email: cgrimm@bedellfirm.com
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Plaintiffs' Local Counsel*

Christopher M. Burke
Walter W. Noss
John T. Jasnoch
Jennifer J. Scott
Kate Lv
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: cburke@scott-scott.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

Joseph P. Guglielmo
Thomas K. Boardman
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com
Email: tboardman@scott-scott.com

*Interim Co-Lead Class Counsel*

Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K St. NW
Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: ngiddings@hausfeld.com

*Interim Co-Lead Class Counsel*

Hollis Salzman
Bernard Persky
William V. Reiss
Ben Steinberg
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: hsalzman@robinskaplan.com
Email: bpersky@robinskaplan.com
Email: wreiss@robinskaplan.com
Email: bsteinberg@robinskaplan.com

*Interim Co-Lead Class Counsel*

George W. Sampson
Lucinda M. Dunlap
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 369-3962
Facsimile: (206) 260-1318
Email: george@sampsondunlap.com
Email: lucinda@sampsondunlap.com

*Plaintiffs' Trial Counsel*

Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: 619-338-1133
Facsimile: 619-338-1139
Email: dennis@hulettharper.com

*Plaintiffs' Trial Counsel*

Steven C. Marks
Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
Email: smarks@podhurst.com
Email: rjosefsberg@podhurst.com

*Plaintiffs' Trial Counsel*

*s/Shylah R. Alfonso*
David J. Burman
Shylah R. Alfonso
David S. Steele
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: SAlfonso@perkinscoie.com
Email: DSteele@perkinscoie.com

David P. Chiappetta
Mara Boundy
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:  415.344.7000
Facsimile:  415.344.7050
Email: DChiappetta@perkinscoie.com
Email: MBoundy@perkinscoie.com

5

Stuart H. Singer (Fla. Bar No. 377325)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: 954.356.0011
Facsimile: 954.356.0022
Email: SSinger@bsfllp.com

George R. Coe (Fla. Bar No. 298440)
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Ave., Suite 840
Orlando, FL 32801
Telephone: 407.425.7118
Facsimile: 407.425.7047
Email: GCoe@bsfllp.com

*Counsel for Costco Wholesale
Corporation*

*s/Michael G. Tanner*
Michael G. Tanner (Fla Bar No. 261300)
Thomas E. Bishop (Fla Bar No. 956236)
TANNER BISHOP
One Independent Drive, Suite 1700
Jacksonville, FL 32202
Phone: (904) 598-0034
Fax: (904) 598-0395
E-Mail: mtanner@tannerbishoplaw.com
tbishop@tannerbishop.com

Daniel M. Wall
Christopher S. Yates
Elif Kimyacioglu
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
E-Mail: dan.wall@lw.com
chris.yates@lw.com
elif.kimyacioglu@lw.com

*Counsel for CooperVision, Inc.*

6

<u>s/Robert Troy Smith</u>
Robert Troy Smith (Fla Bar No. 485519)
GRAYROBINSON, P.A.
50 N Laura Street, Suite 1100
Jacksonville, FL 32202-3611
Phone: (904) 632-8483
Fax: (904) 598-9109
Email: troy.smith@gray-robinson.com

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
Email: wfcavanaugh@pbwt.com

*Counsel for Johnson & Johnson Vision
Care, Inc.*

<u>s/Benjamin H. Hill</u>
Benjamin H. Hill, III (Fla Bar No. 094585)
Dennis P. Waggoner (Fla Bar No. 509426)
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Phone:(813)227-8426
Fax: (813) 221-2900
Email: dennis.waggoner@hwhlaw.com

Edwin John U (pro hac vice)
Patrick J. King (pro hac vice)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N. W.
Washington, D.C. 20005
Phone: (202) 879-5000
Fax: (202) 879-5200
Email: edwin.u@kirkland.com
patrick.king@kirkland.com

*Counsel for ABB Optical Group*

7

*s/A. Graham Allen*
A. Graham Allen (Fla Bar No. 17110)
James. M. Riley (Fla Bar No. 700411)
Samuel J. Horovitz (Fla Bar No. 0059015)
ROGERS TOWERS, P.A.1301
Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
Phone: (904) 398-3911
Fax: (904) 396-0663
E-Mail: gallen@rtlaw.com
shorovitz@rtlaw.com

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474 3700
E-Mail: dmarriott@cravath.com

*Counsel for Alcon Laboratories, Inc.*

*s/Terrence Russell*
Terrence Russell (Fla Bar No. 116057)
Jennifer L. Kifer (Fla Bar No. 77498)
HOLLAND & KNIGHT, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: (904) 353-2000
Fax: (904) 358-1872
Email: terrence.russell@hklaw.com
jennifer.kifer@hklaw.com

Steven C. Sunshine
Paul M. Eckles
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 3 71-7860
Fax: (202) 661-0560
E-Mail: steve.sunshine@skadden.com
paul.eckles@skadden.com

*Counsel for Bausch & Lomb*
*Incorporated*

**COURT'S APPROVAL AND ENTRY OF THIS ORDER:**

SO ORDERED, this 31st day of December, 2015.

James R. Klindt

JAMES R. KLINDT
United States Magistrate Judge

9