IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re: | Case No. 3:15-md-02626-HES-JRK |
|---|---|
| DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Judge Harvey E. Schlesinger |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## DISCLOSURE STATEMENT OF DEFENDANT ALCON LABORATORIES, INC.

COMES NOW, Defendant, Alcon Laboratories, Inc. ("Alcon"), by and through its undersigned counsel, and files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Alcon is an indirect wholly-owned subsidiary of Novartis AG, a publicly traded company. No other publicly traded company owns 10% or more of the stock of Alcon.

Respectfully submitted this 4th day of January, 2016.

By: /s/ Samuel J. Horovitz
A. Graham Allen
Florida Bar No. 117110
James M. Riley
Florida Bar No. 700411
Samuel J. Horovitz
Florida Bar No. 0059015
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida  32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
gallen@rtlaw.com (email)
jriley@rtlaw.com (email)
shorovitz@rtlaw.com (email)

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
(212) 474-1000 (telephone)
(212) 474-3700 (facsimile)
dmarriott@cravath.com (email)

**ATTORNEYS FOR DEFENDANT,
ALCON LABORATORIES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record this 4th day of January, 2016.

/s/ Samuel J. Horovitz
Attorney