# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 3:15-md-02626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>MDL No. 2626 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ABB/Concise Optical Group, LLC submits the following Corporate Disclosure Statement in connection with the above-captioned civil action:

> ABB/Concise Optical Group, LLC is wholly owned by its parent, ABB Concise Holdco LLC.

Date: January 5, 2016

s/ *Dennis P. Waggoner*_____
Dennis P. Waggoner
Florida Bar No. 509426
dennis.waggoner@hwhlaw.com
HILL WARD HENDERSON
101 East Kennedy Boulevard,
Suite 3700
Tel: (813) 221-3900
Fax: (813) 221-2900

Edwin John U (*pro hac vice*)
edwin.u@kirkland.com
Patrick J. King  (*pro hace vice*)
patrick.king@kirkland.com

KIRKLAND & ELLIS LLP
655 15th Street NW
Washington D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for ABB Optical Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*s/ Dennis P. Waggoner*
