**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-J-HES-JRK<br><br>Judge Harvey E. Schlesinger<br>Judge James R. Klindt |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | |

**JOINT NOTICE OF FILING AMENDED
EXHIBITS TO CASE MANAGEMENT REPORT**

Pursuant to Case Management Order No. 1 ("CMO No. 1") (ECF No. 61), the Parties have met and conferred for the purposes of preparing and filing the Case Management Documents. On January 11, 2016, the Parties filed their Joint Notice Regarding Case Management Report (ECF No. 80). Thereafter, the Parties continued discussing their differences in their proposed Confidentiality Orders and ESI Stipulations, and as a result the Parties have reached an agreement on most of the disputed language. Therefore, the Parties hereby file the attached **Amended Exhibits C, C1, C2 and D, D1 and D2**. These amended exhibits replace the corresponding exhibits attached to the Case Management Report filed on January 11, 2016.

Confidentiality Order: Attached as **Amended Exhibit C**, the parties jointly submit a single document entitled "[Proposed] Stipulated Confidentiality Order" reflecting Plaintiffs' (Class Plaintiffs and Costco Wholesale) and Defendants' respective positions. The document contains "red-line" edits in the text illustrating the Parties' disagreements. All red-line text in this document reflects changes requested by Plaintiffs, but to which Defendants object. The text underlined in blue (*e.g. text*) signifies language Plaintiffs propose to include, but to which

8451073v.1

Defendants object.  The "clean" text in the document signifies language on which the Parties agree.  Attached as **Amended Exhibit C1** is a clean version reflecting Plaintiffs' proposal.  Attached as **Amended Exhibit C2** is a clean version reflecting Defendants' proposal.

<u>ESI Stipulation</u>: Attached as **Amended Exhibit D**, the parties jointly submit a single document entitled "Stipulation Re: Discovery of Electronically Stored Information."  The document contains "red-line" edits in the text illustrating the Parties' disagreements.  All red-line text in this document reflects changes requested by Defendants, but to which Plaintiffs object.  The text crossed-out in red (*e.g.,* ~~text~~) signifies language Plaintiffs propose to include, but to which Defendants object.  The text underlined in blue (*e.g.* <u>text</u>) signifies language Defendants propose to include, but to which Plaintiffs object.  The "clean" text in the document signifies language on which the Parties agree.  Attached as **Amended Exhibit D1** is a clean version reflecting Plaintiffs' proposal.  Attached as **Amended Exhibit D2** is a clean version reflecting Defendants' proposal.

Respectfully submitted this 22nd day of January, 2016, by the following:

| | |
|---|---|
| Robert C. Gilbert<br>Florida Bar No. 561861<br>Email: gilbert@kolawyers.com<br>KOPLOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>2525 Ponce de Leon Boulevard<br>Suite 625<br>Coral Gables, FL 33134<br>Telephone: (305) 384-7270<br>Facsimile: (954) 525-4300<br><br>*Plaintiffs' Liaison Counsel* | */s/ John A. DeVault*<br>John A. DeVault, III<br>Florida Bar No. 103979<br>Email: jad@bedellfirm.com<br>Courtney K. Grimm<br>Florida Bar No. 953740<br>Email: cgrimm@bedellfirm.com<br>BEDELL, DITTMAR, DEVAULT,<br>PILLANS & COXE, P.A.<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>Telephone: (904) 353-0211<br>Facsimile: (904) 353-9307 |

8451073v.1

        *Plaintiffs' Local Counsel*

| | |
|---|---|
| Christopher M. Burke<br>Walter W. Noss<br>John T. Jasnoch<br>Jennifer J. Scott<br>Kate Lv<br>SCOTT + SCOTT,<br>ATTORNEYS AT LAW, LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508<br>Email: cburke@scott-scott.com<br>Email: wnoss@scott-scott.com<br>Email: jjascnoch@scott-scott.com<br>Email: jscott@scott-scott.com<br>Email: klv@scott-scott.com | Michael P. Lehmann<br>Bonny E. Sweeney<br>Christopher L. Lebsock<br>HAUSFELD LLP<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>Telephone: 415-633-1908<br>Facsimile: 415-217-6813<br>Email: mlehmann@hausfeld.com<br>Email: bsweeney@hausfeld.com<br>Email: clebsock@hausfeld.com |
| Joseph P. Guglielmo<br>Thomas K. Boardman<br>SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174-4099<br>Tel.: (212) 223-6444<br>Fax: (212) 223-6334<br>Email: jguglielmo@scott-scott.com<br>Email: tboardman@scott-scott.com | Michael D. Hausfeld<br>James J. Pizzirusso<br>Nathaniel C. Giddings<br>HAUSFELD LLP<br>1700 K St. NW<br>Suite 650<br>Washington, DC 20006<br>Telephone: 202-540-7200<br>Facsimile: 202-540-7201<br>Email: mhausfeld@hausfeld.com<br>Email: jpizzirusso@hausfeld.com<br>Email: ngiddings@hausfeld.com<br><br>*Interim Co-Lead Class Counsel* |
| *Interim Co-Lead Class Counsel* | Hollis Salzman<br>Bernard Persky<br>William V. Reiss<br>Ben Steinberg<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Facsimile: (212) 980-7499<br>Email: hsalzman@robinskaplan.com |

3

Email: bpersky@robinskaplan.com
Email: wreiss@robinskaplan.com
Email: bsteinberg@robinskaplan.com

*Interim Co-Lead Class Counsel*

George W. Sampson
Lucinda M. Dunlap
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 369-3962
Facsimile: (206) 260-1318
Email: george@sampsondunlap.com
Email: lucinda@sampsondunlap.com

*Plaintiffs' Trial Counsel*

Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: 619-338-1133
Facsimile: 619-338-1139
Email: dennis@hulettharper.com

*Plaintiffs' Trial Counsel*

Steven C. Marks
Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
Email: smarks@podhurst.com
Email: rjosefsberg@podhurst.com

*Plaintiffs' Trial Counsel*

    */s/ David J. Burman*
David J. Burman
Shylah R. Alfonso
David S. Steele

4

                                        PERKINS COIE LLP
                                        1201 Third Avenue, Suite 4900
                                        Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: SAlfonso@perkinscoie.com
Email: DSteele@perkinscoie.com

David P. Chiappetta
Mara Boundy
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:  415.344.7000
Facsimile:  415.344.7050
Email: DChiappetta@perkinscoie.com
Email: MBoundy@perkinscoie.com


Stuart H. Singer (Fla. Bar No. 377325)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: 954.356.0011
Facsimile: 954.356.0022
Email: SSinger@bsfllp.com

George R. Coe (Fla. Bar No. 298440)
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Ave., Suite 840
Orlando, FL 32801
Telephone: 407.425.7118
Facsimile: 407.425.7047
Email: GCoe@bsfllp.com

*Counsel for Costco Wholesale Corporation*

  */s/ R. Troy Smith*
Robert Troy Smith ((Florida Bar No. 485519)
GRAYROBINSON, P.A.
50 N Laura Street, Suite 1100
Jacksonville, FL 32202-3611
Phone: (904) 632-8483
Fax: (904) 598-9109

8451073v.1

Email: troy.smith@gray-robinson.com

William F. Cavanaugh, Jr.
Deirdre A. McEvoy
Jonathan H. Hatch
Jenny Ma
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
Email: wfcavanaugh@pbwt.com
dmcevoy@pbwt.com
jhatch@pbwt.com
jma@pbwt.com

*Counsel for Johnson & Johnson Vision Care, Inc.*

Michael G. Tanner (Florida Bar No. 261300)
Thomas E. Bishop (Florida Bar No. 956236)
Tanner Bishop
One Independent Drive, Suite 1700
Jacksonville, FL 32202
Phone: (904) 598-0034
Fax: (904) 598-0395
Email: mtanner@tannerbishoplaw.com
Email: tbishop@tannerbishop.com

Daniel M. Wall
Christopher S. Yates
Elif Kimyacioglu
LATHAM &WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
Email: dan.wall@lw.com
Email: chris.yates@lw.com
Email: elif.kimyacioglu@lw.com

*Counsel for CooperVision, Inc.*

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.

8451073v.1


1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
Phone: (904) 398-3911
Fax: (904) 396-0663
E-Mail: gallen@rtlaw.com
shorovitz@rtlaw.com

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474 3700
Email: dmarriott@cravath.com

*Counsel for Alcon Laboratories, Inc.*

Terrence Russell (Florida Bar No. 116057)
Jennifer L. Kifer (Florida Bar No. 77498)
HOLLAND & KNIGHT, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: (904) 353-2000
Fax: (904) 358-1872
Email: terrence.russell@hklaw.com
Email: jennifer.kifer@hklaw.com

Steven C. Sunshine
Paul M. Eckles
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 371-7860
Fax: (202) 661-0560
Email: steve.sunshine@skadden.com
Email: paul.eckles@skadden.com

*Counsel for Bausch & Lomb Incorporated*

Dennis P. Waggoner (Florida Bar No. 509426)
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Phone: (813) 227-8426
Fax: (813) 221-2900

Email: dennis.waggoner@hwhlaw.com

Edwin John U (pro hac vice)
Patrick J. King (pro hac vice)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 879-5000
Fax: (202) 8795200
E-Mail: Edwin.u@kirkland.com
Patrick.king@kirkland.com

*Counsel for ABB Optical Group*

8451073v.1