# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>[PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE |
| This document relates to:<br><br>ALL ACTIONS | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

1  This matter came before the Court upon the Parties' joint request for an extension to the
2  class certification schedule. The Court hereby GRANTS the Parties' request to extend each of
3  the class certification deadlines by thirty days, and the new schedule is as follows:

| Event | Date |
|---|---|
| Deadline for Filing Motions for Class Certification | May 29, 2013 |
| Deadline for Depositions of Proposed Class Representatives and Plaintiffs' Experts | July 25, 2013 |
| Deadline for Filing Oppositions to Class Certification Motions | September 20, 2013 |
| Deadline for Depositions of Defendants' Experts, and any Declarants identified in the Oppositions to Class Certification | October 21, 2013 |
| Deadline for Filing Replies in Support of Motions for Class Certification | November 20, 2013 |
| Hearing on Motions for Class Certification | To be set by the Court |

IT IS SO ORDERED.

Dated: 4/15/2013

_____
Hon. Richard Seeborg
United States District Judge
UNITED STATES DISTRICT COURT

Submitted By:

LATHAM & WATKINS LLP

By  /s/ Belinda S Lee
    Belinda S Lee
*Liaison Counsel for Defendants*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By    /s/ Shana E. Scarlett |
| 3 |       Shana E. Scarlett |
| 4 | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 5 | SAVERI & SAVERI. INC. |
| 6 | By    /s/ Cadio Zirpoli |
| 7 |       Cadio Zirpoli |
| 8 | *Interim Lead Counsel for Direct Purchaser Plaintiffs* |

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS