# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL Docket No. 1869
Misc. No. 07-489 (PLF/AK/JMF)

This Document Relates To:

ALL DIRECT PURCHASER CASES

SCHEDULING ORDER

After hearing the parties' arguments and representations in support of their

proposed schedules in open court on July 27, 2009, and after conferring with Magistrate Judges

Facciola and Kay, it is hereby ordered that the following schedule shall govern further

proceedings in this case:

1.      The parties shall commence a rolling production of documents on August 1, 2009.

        The parties have agreed to make their best efforts to front-load this production.

        The production shall be completed by October 31, 2009.

2.      The parties are currently in the process of negotiating an agreement regarding the

        production of certain transactional data.  The parties have expressed an interest in

        resolving this issue promptly.  Accordingly, if the parties are unable to reach an

        agreement within the next 10 business days, they are directed to seek relief from

        Judge Facciola.

3.      Plaintiffs have asked that the defendants be required to certify, on October 31,

        2009, that their production is substantially complete.  As Rule 26(g)(1)(A) of the

Federal Rules of Civil Procedure provides that a signature on a discovery response serves as a certification that the response is true and complete, the Court will not now require the defendants to provide any additional certification.

4.     After October 31, 2009, the parties will commence depositions.  Plaintiffs sought to take a total of 15 depositions per defendant, with five to be taken prior to class certification briefing and 10 additional depositions to be taken after briefing. Defendants argue that the number of depositions should be limited to 10 per party with the understanding that any party seeking to depose more people may petition Judge Facciola for permission upon a showing of good cause.  The Court agrees with the defendants' position, and will allow 10 depositions per party to be taken at any time.  Any deposition noticed pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure shall be counted as one deposition notwithstanding the number of witnesses that are presented.

5.     The deadline for adding parties will be December 31, 2009.

6.     Plaintiffs shall file their motion for class certification and any accompanying expert disclosures (only those relating to class certification issues) on or before March 18, 2010.  Plaintiffs must make those experts available for deposition as soon as possible thereafter.

7.     Defendants shall file their opposition to the plaintiffs' motion for class certification and any accompanying expert disclosures (only those relating to class certification issues) on or before June 7, 2010.  Defendants must make those experts available for deposition as soon as possible thereafter.

8.     Plaintiffs shall file their reply and any accompanying expert disclosures (only

those relating to class certification issues) on or before July 19, 2010.  Plaintiffs

must make those experts available for deposition as soon as possible thereafter.

9.     A hearing on class certification is scheduled before the undersigned for September

13 and 14, 2010.

10.    All fact discovery will conclude on November 19, 2010.

11.    Both parties initially proposed a period of expert discovery to begin a month after

the close of fact discovery.  In light of the fact that the anticipated start of expert

discovery is more than one year from today, rather than set a schedule for expert

discovery at this point, the Court orders the parties to file a status report with

Judge Facciola on or before July 26, 2010.  The status report shall contain a joint

proposed schedule for expert discovery, or, in the event that the parties cannot

agree, they shall file separate proposed schedules.

12.    The Court will reserve its ruling on further scheduling pending the final outcome

of the class certification decision.

SO ORDERED.


/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 28, 2009