# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                        JACKSONVILLE DIVISION

 3
                                         Jacksonville, Florida
 4
                                         Case No. 3:15-md-2626-J-20JRK
 5   IN RE:  DISPOSABLE CONTACT
     LENS ANTITRUST LITIGATION          Tuesday, July 14, 2015
 6
                                         9:33 a.m.
 7
                                         Courtroom 10C
 8   _____

 9
                   TRANSCRIPT OF INITIAL STATUS CONFERENCE
10            BEFORE THE HONORABLE HARVEY E. SCHLESINGER
                       UNITED STATES DISTRICT JUDGE
11
```

21  OFFICIAL COURT REPORTER:

22      Shelli Kozachenko, RPR, CRR
        221 N. Hogan Street, #185
23      Jacksonville, FL  32202
        Telephone:  (904) 301-6842
24
                        (Proceedings reported by stenography;
25                       transcript produced by computer.)

1   (No response.)
2          THE COURT: Good enough.
3          Okay. Who -- do you want to address the dispute
4   about the class action issue with respect to whether there
5   ought to be some discovery and a date for the motions, for the
6   certification? You've indicated in paragraph 12, I think, that
7   there's a dispute.
8          MR. CAVANAUGH: Your Honor, Bill Cavanaugh. I don't
9   think there's a dispute. I think the parties agree on
10  paragraph -- paragraph 12, that the deadline for filing it
11  should be -- should be put off because both sides agree there
12  will be a fair amount of class-related discovery before there
13  is a motion.
14         THE COURT: What are you -- telling me a lot
15  doesn't -- it doesn't mean anything to me. What do you
16  anticipate? I mean, you have a dispute as to the time. How
17  long you think it will take?
18         MS. SWEENEY: I think the dispute, Your Honor -- and
19  Mr. Cavanaugh will correct me if I'm wrong -- is that
20  plaintiffs propose that they start meeting and conferring and
21  scheduling discovery at an earlier time than the defendants.
22         But both sides agree -- the class plaintiffs and the
23  defendants agree that the 90-day rule that ordinarily would
24  apply to filing the class certification motion won't work in
25  this case because there's so much discovery.

Case 3:15-md-02626-HES-JRK   Document 188-1   Filed 01/22/16   Page 4 of 5 PageID 2275

28

```
 1                THE COURT:  Give me -- give me a time.
 2                MS. SWEENEY:  The discovery -- of course, Your Honor.
 3   We believe that the -- first of all, there's a number of
 4   different defendants.  We have --
 5                THE COURT:  On the class act- -- yeah, different
 6   defendants.
 7                Class-wise, what are you talking about, 40 million
 8   people?
 9                MS. SWEENEY:  We don't know the number of class
10   members, but I will say that there are at least 100 class
11   plaintiffs, and so we have to take some time.
12                There will be discovery.  The defendants will
13   probably want to depose the class representatives that we put
14   forward.  That will take considerable time.
15                We'll need to get their transactional data.  That
16   will need to be analyzed.  We'll have to have economists
17   analyze and prepare reports with respect to the economic data
18   before we can file our class certification motion.
19                So we're anticipating that there will be a
20   significant documentary discovery, a significant number of
21   depositions, both of fact party depositions as well as expert
22   depositions.  So we just -- we think it would be very difficult
23   to accomplish all of that in 90 days.
24                THE COURT:  Time, just give me a time.
25                MS. SWEENEY:  Oh, how much time?
```

1                THE COURT:  Yes.
2                MS. SWEENEY:  We think we could do it in nine months,
3    Your Honor.
4                MR. U:  Your Honor, Edwin U from Kirkland & Ellis for
5    ABB.
6                I think, Your Honor, this discussion illustrates
7    exactly what happened yesterday during the parties'
8    meet-and-confer.  In other words, this point -- although the
9    two sides met and have agreed on a number of issues, I think
10   both sides agree the threshold issues before the Court are,
11   No. 1, to decide who is speaking for whom among the plaintiffs,
12   because some of them disagree on exactly how some of those
13   details would follow.
14               And so what was submitted to the Court this morning
15   would start in two weeks with the plaintiffs' applications to
16   decide who will be their lead and liaison counsel so that
17   someone is in charge on their side to help negotiate with the
18   defendants on these sorts of issues.
19               Under the parties' proposal, the next step in the
20   case would be to have a consolidated complaint, in other words,
21   a single class action pleading to start the proceedings and
22   that both sides could view as the target to shoot at.
23               And, again, that's an issue where both sides agree
24   that's a logical early step in the case, either 30 days or 60
25   days after the Court designates the plaintiffs' lead and