**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re: Disposable Contact Lens　　　　　　　　　Case No. 3:15-md-2626-J-20JRK
AntiTrust Litigation

This Document Relates to:
All Actions
_____/

## NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that this case is scheduled for a telephonic hearing regarding Plaintiffs' Motion to Enforce the Subpoena on Dr. Alan Glazier (Doc. No. 318, S-336) on **Wednesday, November 16, 2016, at 11:00 a.m.,** before James R. Klindt, United States Magistrate Judge. Counsel for Class Plaintiffs and Dr. Alan Glazier are required to participate in the telephonic hearing. Any interested counsel for Defendants may also attend telephonically. The parties are directed to call the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 1116.

DATE: November 7, 2016

　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　By:　　　*s/ Megan D. Chaddock*
　　　　　　　　　　　　　　　　　　　Megan D. Chaddock, Deputy Clerk

Copies to:
Counsel of Record

Dr. Alan Glazier
10209 Sweetwood Ave.
Rockville, MD 20850