IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS<br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No.: 3:15-md-02626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>MDL No. 2626 |

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

Pursuant to this Court's Case Management Order No. 1 (Doc. No. 61), this notice of appearance as additional counsel for Defendant, Alcon Laboratories, Inc., in the above-captioned matter is filed on behalf of Rachel M. Fritzler of the law firm Cravath, Swaine & Moore LLP. The undersigned requests that Ms. Fritzler be added as counsel of record for Defendant, Alcon Laboratories, Inc., in this matter and that all future pleadings, notices, orders, correspondence and communications in this action should be sent to Ms. Fritzler at:

>   Cravath, Swaine & Moore LLP
>   825 Eighth Avenue
>   New York, New York 10019
>   (212) 474-1274 (telephone)
>   rfritzler@cravath.com (email)

RESPECTFULLY SUBMITTED this 2nd day of December, 2016.

By: /s/ Samuel J. Horovitz

**ROGERS TOWERS, P.A.**

Samuel J. Horovitz
Florida Bar No. 59015
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911(telephone)
(904) 396-0663 (facsimile)
shorovitz@rtlaw.com (email)

**CRAVATH, SWAINE & MOORE, LLP**

Rachel M. Fritzler
New York Bar No. 5048921
825 Eighth Avenue
New York, New York 10019
(212) 474-1274 (telephone)
rfritzler@cravath.com (email)

**ATTORNEYS FOR DEFENDANT,
ALCON LABORATORIES, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Notice of Appearance as Additional Counsel* has been filed electronically with the Court via CM/ECF with copies sent automatically via email to all counsel of record, this 2nd day of December, 2016.

/s/ Samuel J. Horovitz
Attorney