## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| In Re: **DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-HES Judge Harvey E. Schlesinger |
|---|---|
| **THIS DOCUMENT RELATES TO:** **All Class Actions** | |

### JOINT NOTICE PURSUANT TO COURT'S JANUARY 24, 2017 ORDER

WHEREAS, during the January 19, 2017 telephonic discovery status conference, Class Plaintiffs ("Plaintiffs") advised the Court of disputes concerning (1) documents withheld on privilege grounds by Defendant Bausch & Lomb Incorporated ("Bausch & Lomb") which were identified in the revised privilege log previously produced to the Office of the New York Attorney General ("the B&L NYAG log"); and (2) the detailed privilege log previously produced to the Office of the New York Attorney General and reproduced to Plaintiffs by Defendant Alcon, Incorporated ("Alcon") in this matter (the "Alcon NYAG log");

WHEREAS, on January 24, 2017 the Court entered an Order ("the Order), ECF 388, instructing Plaintiffs, Bausch & Lomb and Alcon ("the Parties") to file by January 27, 2017 a "joint notice informing the Court whether any issues remain" with respect to those privilege disputes;

WHEREAS, Plaintiffs and Defendants have met and conferred and resolved (1) all remaining issues relating to the B&L NYAG log; and (2) all global issues regarding the Alcon NYAG log;

Accordingly, the Parties hereby notify the Court that they have resolved the current disputes identified above and that no further briefing is required.

Submitted January 27, 2017

Robert C. Gilbert
Florida Bar No. 561861
Email: gilbert@kolawyers.com
KOPLOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2525 Ponce de Leon Boulevard
Suite 625
Coral Gables, FL 33134
Telephone: (305) 384-7270
Facsimile: (954) 525-4300

*Plaintiffs' Liaison Counsel*

Christopher M. Burke
Walter W. Noss
John T. Jasnoch
Jennifer J. Scott
Kate Lv
SCOTT + SCOTT,
 ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: cburke@scott-scott.com

*s/ John A. DeVault, III*
John A. DeVault, III
Florida Bar No. 103979
Email: jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 69626
Email: mel@bedellfirm.com
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Plaintiffs' Local Counsel*

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

| | |
|---|---|
| Joseph P. Guglielmo<br>Thomas K. Boardman<br>SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174-4099<br>Tel.: (212) 223-6444<br>Fax: (212) 223-6334<br>Email: jguglielmo@scott-scott.com<br>Email: tboardman@scott-scott.com<br><br>*Interim Co-Lead Class Counsel* | Michael D. Hausfeld<br>James J. Pizzirusso<br>Nathaniel C. Giddings<br>HAUSFELD LLP<br>1700 K St. NW<br>Suite 650<br>Washington, DC 20006<br>Telephone: 202-540-7200<br>Facsimile: 202-540-7201<br>Email: mhausfeld@hausfeld.com<br>Email: jpizzirusso@hausfeld.com<br>Email: ngiddings@hausfeld.com<br><br>*Interim Co-Lead Class Counsel*<br><br>Hollis Salzman<br>Bernard Persky<br>William V. Reiss<br>Ben Steinberg<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Facsimile: (212) 980-7499<br>Email: hsalzman@robinskaplan.com<br>Email: bpersky@robinskaplan.com<br>Email: wreiss@robinskaplan.com<br>Email:  bsteinberg@robinskaplan.com<br><br>*Interim Co-Lead Class Counsel*<br><br>George W. Sampson<br>Lucinda M. Dunlap<br>SAMPSON DUNLAP LLP<br>1001 4th Ave., Suite 3200<br>Seattle, WA 98154<br>Telephone: (206) 369-3962<br>Facsimile: (206) 260-1318<br>Email: george@sampsondunlap.com<br>Email: lucinda@sampsondunlap.com<br><br>*Plaintiffs' Trial Counsel* |

Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101  Telephone: 619-338-1133
Facsimile: 619-338-1139
Email: dennis@hulettharper.com

*Plaintiffs' Trial Counsel*

Steven C. Marks
Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
Email: smarks@podhurst.com
Email: rjosefsberg@podhurst.com

*Plaintiffs' Trial Counsel*


*s/Paul M. Eckles*
Steven C. Sunshine
Paul M. Eckles
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 3 71-7860
Fax: (202) 661-0560
E-Mail: steve.sunshine@skadden.com
paul.eckles@skadden.com

Terrence Russell (Fla Bar No. 116057)
Jennifer L. Kifer (Fla Bar No. 77498)
HOLLAND & KNIGHT, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: (904) 353-2000
Fax: (904) 358-1872
Email: terrence.russell@hklaw.com
jennifer.kifer@hklaw.com

*Counsel for Bausch & Lomb Incorporated*

4

    */s/ David R. Marriott*
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
E-Mail: dmarriott@cravath.com

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
Phone: (904) 398-3911
Fax: (904) 396-0663
E-Mail: gallen@rtlaw.com
jriley@rtlaw.com
shorovitz@rtlaw.com

*Attorneys for Alcon Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/John A. DeVault, III*
John A. DeVault, III
jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone (904) 353-0211
Facsimile (904) 353-9307