UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-HES<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Class Actions | |

## JOINT MOTION TO EXTEND TIME TO MOVE TO COMPEL
## PURSUANT TO FEBRUARY 23, 2017 ORDER

Pursuant to this Court's Order entered on February 23, 2017 ("the Order), Plaintiffs were to file any "motion regarding chat platforms no later than **March 14, 2017**" and Defendants Bausch & Lomb Incorporated ("Bausch & Lomb") and CooperVision, Inc. ("CooperVision") were to file any response to this motion "no later than **March 28, 2017**." ECF No. 394 (emphasis in original). Plaintiffs and Bausch & Lomb have resolved their dispute, and Plaintiffs and CooperVision (the "Parties") continue to meet and confer to on these chat platforms in hopes of resolving or narrowing any potential disputes rather than burdening the Court with an immediate motion to compel. The Parties believe adjournment of the briefing schedule *sine die* would enable them to make significant progress toward resolving or narrowing any potential disputes.

THEREFORE, the Parties move this Court for an Order adjourning, *sine die*, the briefing schedule for any motion regarding chat platforms. Should briefing become necessary, Plaintiffs will seek a new briefing schedule at the March 23, 2017 status conference.

1

**COURT'S APPROVAL AND ENTRY OF THIS ORDER:**

SO ORDERED, this \_\_15th\_\_ day of \_\_March\_\_, 2017.

_____James R. Klindt_____

Dated: March 14, 2017

/s/ Robert C. Gilbert
Robert C. Gilbert
Florida Bar No. 561861
Scott A. Edelsberg
Florida Bar No. 100537
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7270
gilbert@kolawyers.com
edelsberg@kolawyers.com

*Plaintiffs' Liaison Counsel*

/s/ Michael P. Lehmann
Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

/s/ John A. DeVault, III
John A. DeVault III
Florida Bar No. 103979
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

/s/ Christopher M. Burke
Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Chrysler Building

2

/s/ Nathaniel C. Giddings
Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

*Interim Co-Lead Class Counsel*


/s/ Bernard Persky
Hollis Salzman
Kellie Lerner
Bernard Persky
William V. Reiss
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
Klerner@RobinsKaplan.com
bpersky@robinskaplan.com

*Interim Co-Lead Class Counsel*


/s/ Steven C. Marks
Steven C. Marks
Podhurst Orseck LLP
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
smarks@podhurst.com

*Plaintiffs' Trial Counsel*

405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Interim Co-Lead Class Counsel*


/s/ George W. Sampson
George W. Sampson
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 414-8340
george@sampsondunlap.com

*Plaintiffs' Trial Counsel*


/s/ Dennis Stewart
Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
dennis@hulettharper.com

*Plaintiffs' Trial Counsel*

/s/ Christopher S. Yates
LATHAM & WATKINS LLP
Daniel M. Wall
Christopher S. Yates
Elif Kimyacioglu
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
E-Mail: dan.wall@lw.com
　　　　chris.yates@lw.com
　　　　elif.kimyacioglu@lw.com

TANNER BISHOP
Michael G. Tanner (Florida Bar No. 261300)
Thomas E. Bishop (Florida Bar No. 956236)
One Independent Drive, Suite 1700
Jacksonville, FL 32202
E-Mail: mtanner@tannerbishoplaw.com
　　　　tbishop@tannerbishop.com

*Attorneys for Defendant CooperVision, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Nathaniel C. Giddings
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
ngiddings@hausfeld.com