UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger<br>Magistrate Judge James R. Klindt |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Class Actions | |

**NOTICE RE: AUGUST 17, 2017**
**TELEPHONIC STATUS HEARING**

As required by the Court's March 24, 2016 Case Management and Scheduling Order (ECF No. 204), the parties jointly write to inform Your Honor of the "matters the parties anticipate addressing at the conference" on August 17, 2017. *Id.* at 4.

The Plaintiffs have certain items they wish to discuss with the Court:

1. Defendants' assertion of a common interest privilege with certain Declarant ECPs.

2. The timing of production of supplemental data by Defendant Alcon Laboratories, Inc. ("Alcon").

3. Briefing schedules to address the following issues:

   o The production of documents related to videos produced pursuant to this Court's July 5, 2017 Order, ECF No. 543;

   o Documents improperly withheld as privileged by Defendant Johnson & Johnson Vision Care, Inc. ("JJVC"), and certain other deficiencies in JJVC's privilege logs, including the failure to identify a sufficient "the privilege justification for withholding" privileged documents;

   o The inclusion of an additional custodian for Defendant Alcon;

   o The "clawback" of purportedly privileged documents from Defendant Alcon;

2

- o Confirmation that documents presented at the David Dowd deposition are final version of document, and if not, the production of final versions of these documents; and
- o The production of pricing algorithms used by Defendant JJVC.

Defendants Respond to the items identified by Plaintiffs as follows:

Defendants maintain that regarding Plaintiffs' topics 1 and 2, it is not clear what, exactly, Plaintiffs wish to raise with the Court. In any event, Defendants do not believe these are appropriate topics for a free-form discussion, and if Plaintiffs believe there is a dispute ripe for the Court, Defendants respectfully ask that the Court set a briefing schedule.

Regarding Plaintiffs' topic 3, Defendants believe there is no merit to Plaintiffs' requests, some of which have not been adequately discussed between the parties. If Plaintiffs disagree, however, Defendants have no objection to setting a briefing schedule.

The parties look forward to discussing the above with Your Honor tomorrow.

Respectfully submitted,

Dated: August 16, 2017

*/s/* Robert C. Gilbert
Robert C. Gilbert (Florida Bar No. 561861)
Scott A. Edelsberg (Florida Bar No. 100537)
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7270
gilbert@kolawyers.com
edelsberg@kolawyers.com

*Plaintiffs' Liaison Counsel*

*/s/* Michael P. Lehmann
Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

*/s/* Nathaniel C. Giddings
Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006

*/s/* John A. DeVault, III
John A. DeVault III
Florida Bar No. 103979
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

*/s/* Christopher M. Burke
Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

*/s/* Joseph P. Guglielmo
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

4

mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

*Interim Co-Lead Class Counsel*

/*s*/ Bernard Persky
Hollis Salzman
Kellie Lerner
Bernard Persky
William V. Reiss
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
Klerner@RobinsKaplan.com
bpersky@robinskaplan.com

*Interim Co-Lead Class Counsel*

/*s*/ Steven C. Marks
Steven C. Marks
Podhurst Orseck LLP
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
smarks@podhurst.com

*Plaintiffs' Trial Counsel*

jguglielmo@scott-scott.com

*Interim Co-Lead Class Counsel*

/*s*/ George W. Sampson
George W. Sampson
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 414-8340
george@sampsondunlap.com

*Plaintiffs' Trial Counsel*

/*s*/ Dennis Stewart
Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
dennis@hulettharper.com
*Plaintiffs' Trial Counsel*

*/s/ R. Troy Smith*
Robert Troy Smith (Florida Bar No. 485519)
GRAYROBINSON, P.A.
50 N Laura Street, Suite 1100
Jacksonville, FL 32202-3611
Telephone: 904-632-8483
Facsimile:  904-598-9109
Email: troy.smith@gray-robinson.com

William F. Cavanaugh, Jr.
Jonathan H. Hatch
J. Taylor Kirklin
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-336-2000
Facsimile:   212-336-2222
Email: wfcavanaugh@pbwt.com
         dmcevoy@pbwt.com
         jhatch@pbwt.com
         jtkirklin@pbwt.com
*Counsel for Johnson & Johnson Vision Care, Inc.*

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: 904-398-3911
Facsimile: 904-396-0663
Email: gallen@rtlaw.com
         shorovitz@rtlaw.com

Michael G. Tanner (Florida Bar No. 261300) Thomas E. Bishop (Florida Bar No. 956236) Tanner Bishop
One Independent Drive, Suite 1700
Jacksonville, FL 32202
Telephone: 904-598-0034
Facsimile:  904-598-0395
Email: mtanner@tannerbishoplaw.com
         tbishop@tannerbishop.com

Daniel M. Wall
Christopher S. Yates
Elif Kimyacioglu
LATHAM &WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: dan.wall@lw.com
         chris.yates@lw.com
         elif.kimyacioglu@lw.com
*Counsel for CooperVision, Inc.*

Dennis P. Waggoner (Florida Bar No. 509426)
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-227-8426
Facsimile:  813-221-2900
Email: dennis.waggoner@hwhlaw.com

Edwin John U (*pro hac vice*)
Patrick J. King (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-5000
Facsimile:  202-8795200
Email: Edwin.u@kirkland.com
         Patrick.king@kirkland.com
*Counsel for ABB Optical Group*

4

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474 3700
Email: dmarriott@cravath.com
*Counsel for Alcon Laboratories, Inc.*

Terrence Russell (Florida Bar No. 116057)
Jennifer L. Kifer (Florida Bar No. 77498)
HOLLAND & KNIGHT, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: 904-353-2000
Facsimile:  904-358-1872
Email: terrence.russell@hklaw.com
         jennifer.kifer@hklaw.com

Steven C. Sunshine
Paul M. Eckles
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-371-7860
Facsimile:  202-661-0560
Email: steve.sunshine@skadden.com
         paul.eckles@skadden.com
*Counsel for Bausch & Lomb Incorporated*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

    */s/ Matthew S. Weiler*
Matthew S. Weiler
Bleichmar Fonti & Auld LLP
1999 Harrison Street, Suite 670
Oakland, CA 94612
T: (415) 445-4006
F: (415) 445-4006
mweiler@bfalaw.com