**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: <br><br> **DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-J-20JRK <br><br> Judge Harvey E. Schlesinger <br> Magistrate Judge James R. Klindt |
| **THIS DOCUMENT RELATES TO:** <br><br> All Class Actions | |

## NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to the Notice to Counsel filed on August 21, 2017, ECF No. 582, Plaintiffs and Defendant Alcon Laboratories, Inc. hereby give notice that they will submit a statement of redaction to the court reporter no later than September 14, 2017. The proceedings that Plaintiffs and Alcon seek to redact occurred on August 17, 2017 and were reported by Cindy Packevicz Jarriel, the court reporter.

Dated: August 28, 2017

*/s/ Robert C. Gilbert*
Robert C. Gilbert
Florida Bar No. 561861
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7270
gilbert@kolawyers.com

*Plaintiffs' Liaison Counsel*

*/s/ John A. DeVault, III*
John A. DeVault, III
Florida Bar No. 103979
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

<div style="column-count:2">

*/s/ Michael P. Lehmann*
Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

*/s/ Nathaniel C. Giddings*
Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

*Interim Co-Lead Class Counsel*

*/s/ Bernard Persky*
Hollis Salzman
Bernard Persky
Benjamin Steinberg
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
bsteinberg@RobinsKaplan.com

*Interim Co-Lead Class Counsel*

*/s/ Christopher M. Burke*
Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Interim Co-Lead Class Counsel*

*/s/ George W. Sampson*
George W. Sampson
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 414-8340
george@sampsondunlap.com

*Plaintiffs' Trial Counsel*

</div>

*/s/ Steven C. Marks*
Steven C. Marks
Podhurst Orseck LLP
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
smarks@podhurst.com

*Plaintiffs' Trial Counsel*

*/s/ Dennis Stewart*
Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
dennis@hulettharper.com

*Plaintiffs' Trial Counsel*

*/s/ David R. Marriott*
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
E-Mail: dmarriott@cravath.com

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
Phone: (904) 398-3911
Fax: (904) 396-0663
E-Mail: gallen@rtlaw.com
jriley@rtlaw.com
shorovitz@rtlaw.com

*Attorneys for Alcon Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Nathaniel C. Giddings*
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
ngiddings@hausfeld.com