UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**ORDER**

This matter is before this Court on "Plaintiffs' and Class Counsel's Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Class, and Incorporated Memorandum of Law" (Dkt. 781).

Accordingly, it is **ORDERED**:

1. A hearing is scheduled on "Plaintiffs' and Class Counsel's Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Class, and Incorporated Memorandum of Law" (Dkt. 781) for **Tuesday, June 19, 2018, in Courtroom 10C beginning at 9:30 a.m.**; and

2. In addition to the pending motion, the parties should be prepared to discuss: 1) attorneys' fees plus litigation costs and expenses; and 2) the unsealing of those documents that are currently not available for public viewing.

**DONE AND ORDERED** at Jacksonville, Florida, this _16_ day of May, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record