**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| In Re:<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-HES-JRK<br><br>Judge Harvey E. Schlesinger<br><br>Magistrate Judge James R. Klindt |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>All Actions | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF RACHEL M. FRITZLER AS COUNSEL FOR ALCON**

Pursuant to Middle District of Florida Local Rule 2.03, the undersigned requests entry of an order allowing Rachel M. Fritzler, formerly of the law firm Cravath, Swaine & Moore LLP ("Cravath"), to withdraw as one of the counsel of record for Alcon Laboratories, Inc. ("Alcon") in this action and states:

1. Ms. Fritzler was associated with Cravath from December 2011 until June 2018. In that capacity, Ms. Fritzler previously appeared as counsel for Alcon in this action. As of June 15, 2018, Ms. Fritzler has departed Cravath, and will no longer serve as counsel for Alcon.

2. Alcon will continue to be represented in this litigation by the undersigned counsel from Cravath and Rogers Towers, P.A.

**WHEREFORE**, the undersigned respectfully requests entry of an order approving Rachel M. Fritzler's withdrawal as counsel for Alcon.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned have conferred with Counsel for Class Plaintiffs, and who has authorized the undersigned to represent that Class Plaintiffs have no objection to this motion,

RESPECTFULLY SUBMITTED this 20th day of June, 2018.

/s/ David R. Marriott
David R. Marriott
CRAVATH, SWAINE & MOORE, LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile:  (212) 474-1000
Email: dmarriott@cravath.com

A. Graham Allen (Florida Bar No. 117110)
James M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: (904) 398-3911
Facsimile: (904) 396-0663
Email:  gallen@rtlaw.com
jriley@rtlaw.com
shorovitz@rtlaw.com

*Attorneys for Defendant Alcon Laboratories, Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 20th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

            /s/ David R. Marriott
            David R. Marriott
            CRAVATH, SWAINE & MOORE, LLP
            825 Eighth Avenue
            New York, NY 10019
            Telephone: (212) 474-1000
            Facsimile:  (212) 474-1000
            Email: dmarriott@cravath.com