HULETT HARPER STEWART LLP
DENNIS STEWART; SBN: 99152
1262 Kettner Blvd., Suite 1803
San Diego, CA  92101
Telephone:   (619) 338-1133
Facsimile:    (619) 338-1139
Email: dennis@hulettharper.com

Counsel for Plaintiffs and Co-Lead Trial Counsel

# IN THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | CASE NO. 3:15-md-02626-HES-JRK<br>**NOTICE OF CHANGE OF ADDRESS HULETT HARPER STEWART LLP**<br>JUDGE:   Harvey E. Schlesinger |
| THIS DOCUMENT RELATES TO:<br>All actions. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of August 1, 2018 Hulett Harper Stewart LLP counsel for plaintiffs and co-lead trial counsel, relocated its office. The new address of Hulett Harper Stewart LLP is: 1262 Kettner Boulevard, Suite 1803, San Diego, California 92101. The firm's telephone number remains the same: telephone (619) 338-1133. Any and all pleadings, notices, documents, correspondence and other information regarding this action should be sent to the above address.

                                Respectfully submitted,

DATED: August 2, 2018        HULETT HARPER STEWART LLP
                                DENNIS STEWART

                                _/s/Dennis Stewart_____
                                DENNIS STEWART

                                1262 Kettner Blvd., Suite 1803
                                San Diego, CA 92101
                                Telephone: (619) 338-1133
                                Facsimile: (619) 338-1139
                                Email:     dennis@hulettharper.com

                                HAUSFELD LLP
                                MICHAEL P. LEHMANN; SBN: 77152
                                BONNY E. SWEENEY; SBN: 176174
                                CHRISTOPHER L. LEBSOCK; SBN: 184546
                                44 Montgomery Street, Suite 3400
                                San Francisco, CA 94104
                                Telephone: (415) 633-1908
                                Facsimile: (415) 217-6813
                                Email:     mlehmann@hausfeldllp.com
                                                bsweeney@hausfeldllp.com
                                                clebsock@hausfeldllp.com

HAUSFELD LLP
MICHAEL D. HAUSFELD
(*pro hac vice* to be filed)
JAMES J. PIZZIRUSSO
(*pro hac vice* to be filed)
NATHANIEL C. GIDDINGS
(*pro hac vice* to be filed)
1700 K Street NW, Suite 650
Washington, DC  20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
Email:     mhausfeld@hausfeldllp.com
           jpizzirusso@hausfeldllp.com
           ngiddings@hausfeldllp.com

TYCO & ZAVAREEI LLP
JEFFREY D. KALIEL; SBN: 238293
200 L Street NW, Suite 808
Washington, DC  20036
Telephone:  (202) 973-0900
Facsimile:  (202) 973-0950
Email:     jkaliel@tzlegal.com

KOPELOWITZ OSTROW, P.A.
JEFFREY M. OSTROW
(*pro hac vice* to be filed)
SCOTT A. EDELSBERG
(*pro hac vice* to be filed)
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, FL  33301
Telephone:  (954) 525-4100
Facsimile:  (954) 525-4300
Email:     ostrow@kolawyers.com
           edelsberg@kolawyers.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD; SBN: 149343
PAULA M. ROACH; SBN: 254142
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 338-1100

                    Facsimile:   (619) 338-1101
                    Email:       tblood@bholaw.com
                              proach@bholaw.com

Attorneys for Plaintiffs

# PROOF OF SERVICE

*In re Disposable Contact Lens Antitrust Litigation*
CASE NO: 3:15-md-026 HES-JRK

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 1262 Kettner Blvd., Suite 1803, San Diego, CA 92101.

That on August 2, 2018, I served the following document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS**

on ALL INTERESTED PARTIES in this action.

☒  **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 2, 2018, at San Diego, California.

*/s/ Dennis Stewart*
DENNIS STEWART