UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## ORDER

This matter is before this Court on the parties "Joint Response to Court's Order Regarding Stay pending Resolution of Defendants' Rule 23(f) Petitions to the Eleventh Circuit Court of Appeals" (Dkt. 951). This Court has not determined whether to stay this action in its entirety until the United States Court of Appeals for the Eleventh Circuit rules on Defendants' petitions. In addition, the Motions for Summary Judgment are pending. This Court, therefore, will remove this case from the pre-trial and trial calendar and will reset those dates later.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of February, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

1