UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In Re:**<br>**DISPOSABLE CONTACT LENS**<br>**ANTITRUST LITIGATION** | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger<br>Magistrate Judge James R. Klindt |
| **THIS DOCUMENT RELATES TO:**<br>All Class Actions | |

**STIPULATION AND ORDER**
**REGARDING TIMING OF CLASS CERTIFICATION NOTICE PLAN**

Plaintiffs and Defendants (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and move the Court to enter as an Order with regard to the procedure and timing for submission of a notice plan regarding class certification ("Notice Plan").

WHEREAS, on December 4, 2018, this Court entered an order granting Plaintiffs' Motion to Certify Class (Dkt. No. 940) ("the Order").

WHEREAS, the Order instructed the Parties to "confer and submit to the Court, on or before 1/16/2019, a joint proposed class notice plan and form of notice. If the parties are unable to agree on a class notice plan and form of notice, the parties shall each submit one on or before 1/30/2019, accompanied by a memorandum explaining that party's position." (*Id.*)

WHEREAS, on December 18, 2018, the Defendants filed two Federal Rule of Civil Procedure 23(f) ("Rule 23(f)") petitions with the United States Court of Appeals for the Eleventh Circuit seeking interlocutory review of the Order, which Plaintiffs opposed on December 28, 2018.

WHEREAS, the Parties have met and conferred and hereby request that:

1. The Court postpone the dates set in Dkt. No. 940 regarding submission of separate or joint Notice Plans;

2. Enter a new Order setting the dates of submission as follows:

    a. Within 10 days after the resolution of the pending Rule 23(f) petitions and any further appellate litigation that may stem therefrom, the Parties will meet and confer on a Notice Plan.

    b. If the Parties will be filing a joint Notice Plan, the Joint Notice Plan shall be filed no later than **21 days** after resolution of the pending Rule 23(f) petitions and any further appellate litigation that may stem therefrom; and

        i. If the Parties will be submitting separate Notice Plans, separate Notice Plans shall be filed no later than **30 days** after resolution of the pending Rule 23(f) petitions and any further appellate litigation that may stem therefrom, and each party shall have **14 days** thereafter to respond to the other party's plan.

3. During the pendency of the Rule 23(f) petitions, the Parties shall meet and confer in good faith on (a) whether the Defendants have within their control direct mail or electronic mail addresses for any of the potential members of the certified classes, and (b) if so, the approximate number of such addresses within the Defendants' control—solely to assist potential administration vendors with preparing proposals for the contemplated Notice Plan(s) and for potential use in such plans.

Dated: January 16, 2019

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/ John A. DeVault, III |
| Robert C. Gilbert | John A. DeVault III |
| Florida Bar No. 561861 | Florida Bar No. 103979 |

10798563v.3

Scott A. Edelsberg
Florida Bar No. 100537
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7270
gilbert@kolawyers.com
edelsberg@kolawyers.com

*Plaintiffs' Liaison Counsel*


/*s*/ Michael P. Lehmann
Michael P. Lehmann
Bonny E. Sweeney
Chris L. Lebsock
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 217-6813
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com


/*s*/ Nathaniel C. Giddings
Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

*Interim Co-Lead Class Counsel*


/*s*/ Eamon O'Kelly
Hollis Salzman
Eamon O'Kelly

BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

/*s*/ Christopher M. Burke
Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com


/*s*/ Joseph P. Guglielmo
Joseph P. Guglielmo
Thomas K. Boardman
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Class Counsel*


/*s*/ George W. Sampson
George W. Sampson
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 414-8340
george@sampsondunlap.com

10798563v.3

Benjamin D. Steinberg
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
eokelly@robinskaplan.com
bsteinberg@robinskaplan.com

*Interim Co-Lead Class Counsel*


*/s/* Steven C. Marks
Steven C. Marks
PODHURST ORSECK LLP
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
smarks@podhurst.com

*Plaintiffs' Trial Counsel*

*Plaintiffs' Trial Counsel*


*/s/* Dennis Stewart
Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
dennis@hulettharper.com


*Plaintiffs' Trial Counsel*

10798563v.3

| | |
|---|---|
| By: /s/ R. Troy Smith<br>Robert Troy Smith<br>Florida Bar No. 485519<br>GRAYROBINSON, P.A.<br>50 N Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611<br>Phone: (904) 632-8483<br>Fax: (904) 598-9109<br>troy.smith@gray-robinson.com<br><br>William F. Cavanaugh, Jr.<br>Jonathan H. Hatch<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 336-2000<br>Fax: (212) 336-2222<br>wfcavanaugh@pbwt.com<br>jhatch@pbwt.com<br><br>*Counsel for Johnson & Johnson Vision Care, Inc.* | By: /s/ Dennis. P. Waggoner<br>Dennis P. Waggoner (Florida Bar No. 509426)<br>HILL WARD HENDERSON<br>101 East Kennedy Boulevard, Suite 3700<br>Tampa, FL 33602<br>Telephone: 813-227-8426<br>Facsimile: 813-221-2900<br>dennis.waggoner@hwhlaw.com<br><br>Edwin John U, P.C.<br>Patrick J. King<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-879-5000<br>Facsimile: 202-8795200<br>edwin.u@kirkland.com<br>patrick.king@kirkland.com<br><br>*Counsel for ABB Optical Group* |

10798563v.3

| | | | |
|---|---|---|---|
| By: | /s/ Samuel J. Horovitz | By: | /s/ Jerome Hoffman |

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: 904-398-3911
Facsimile: 904-396-0663
gallen@rtlaw.com
shorovitz@rtlaw.com

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474 3700
dmarriott@cravath.com

*Counsel for Alcon Laboratories, Inc.*

Jerome Hoffman (Florida Bar No. 258830)
Jennifer L. Kifer (Florida Bar No. 77498)
HOLLAND & KNIGHT, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: 904-353-2000
Facsimile: 904-358-1872
jerome.hoffman@hklaw.com
jennifer.kifer@hklaw.com

Robin D. Adelstein
Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3304
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

Eliot Fielding Turner
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151

*Attorneys for Bausch + Lomb Incorporated*

It is SO ORDERED this 22nd day of April, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

10798563v.3