**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re: Disposable Contact Lens         Case No. 3:15-md-2626-J-20JRK
AntiTrust Litigation

This Document Relates to:
All Actions

---

## O R D E R

The Motion for Admission to Appear Pro Hac Vice and Written Designation and Consent to Act (Doc. No. 1067), filed November 8, 2019, is **DENIED as moot**. See Case Management Order (Doc. No. 61), entered July 15, 2015 (waiving requirements of Local Rules 2.01(a) and 2.02(a) for any attorney appearing in these actions who is admitted to practice before any United States Court and who pays the application fee).

**DONE AND ORDERED** in Jacksonville, Florida on November 21, 2019.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record