UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re: | Case No. 3:15-md-2626-HES-JRK |
|---|---|
| DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Judge Harvey E. Schlesinger<br>Magistrate Judge James R. Klindt |
| THIS DOCUMENT RELATES TO:<br>All Class Actions | |

**ORDER GRANTING LEAD COUNSEL'S MOTION FOR PAYMENT OF:
(1) COMMON EXPENSES; AND (2) CLASS REPRESENTATIVES' SERVICE AWARD
FROM THE BAUSCH & LOMB, INC. AND COOPERVISION, INC.
SETTLEMENT FUND**

This Cause is before the Court on the Plaintiffs' Motion for Payment of Common Expenses and Class Representatives Service Award (Doc. 1137). On February 25, 2020, the Court held a hearing to consider, *inter alia*, whether Plaintiffs' Application for Costs and Service Awards should be granted.

Pursuant to the Plaintiffs' submissions, the Court finds as follows:

Class Counsel has already paid or been invoiced a total of $3,664,793.14 in common expenses from their litigation fund through February 6, 2020 and anticipate incurring at least an additional $664,206.86 in common expenses to litigate the case through trial;

1

Class Counsel have requested that 33.3% of the settlement funds, $4,329,000 total ($3,330,800 from the B&L settlement funds and $999,000 from the CVI settlement funds), be used to reimburse them for common expenses they have already incurred or reasonably anticipate occurring to litigate the case through trial;

Class Counsel notified the class that they would seek up to 33.3% of the settlement funds as reimbursement for expenses and/or fees;

As described in the Plaintiffs' Application for Costs and Service Awards filed January 16, 2020, the Court has considered the reasonableness and necessity of the costs, both already incurred and future, as well as the proposed amount of the Awards;

The Court has considered the applicable case law and finds that awarding prior common costs as well as funds for anticipated common costs necessary for Class Counsel to continue litigating Plaintiffs' claims benefits Class Members;

Each Plaintiff has dedicated time and effort to supporting their claims.

The Court therefore holds:

1. All terms in initial capitalization used in this Order shall have the same meanings as set forth in the Settlement Agreement, unless otherwise noted or defined herein.

2. The Court authorizes Class Counsel to withdraw $4,369,000 in costs and Service Awards from the Settlement Funds in the following proportionate amounts: (a) $3,360,800 from the B&L Settlement Fund, and (b) $1,008,200 from the CVI Settlement Fund.

3. The Court authorizes Lead Counsel to use $3,664,793.14 for reimbursement of common expenses paid or invoiced from their litigation fund in prosecution of this Action

2

and $664,206.86 be deposited into their litigation fund for future expenses reasonably necessary to the prosecution of this Action.

4. The Court authorizes the payment of a $2,500 service award to each of the below listed 16 Plaintiffs. The cost of the service awards ($40,000) shall be taken proportionate to the size of the Settlements relative to the total amount of the Settlements from each of the separate Settlement Funds (*e.g.*, 23% ($9,200) from CVI and 77% ($30,800) from B&L).

    a.    Rachel Berg

    b.    Miriam Pardoll

    c.    Jennifer Sineni

    d.    Elyse Ulino

    e.    Susan Gordon

    f.    Cora Beth Smith

    g.    Brett Watson

    h.    Tamara O'Brien

    i.    Sheryl Marean

    j.    Catherine Dingle

    k.    Amanda Cunha

    l.    Alexis Ito

    m.    Kathleen Schirf

    n.    John Machikawa

    o.    Joseph Felson

       p.     Pamela Mazzarella

Accordingly, it is **ORDERED**:

Plaintiffs' Motion for Payment of Common Expenses and Class Representatives Service Award (Doc. 1137) is **GRANTED**.

**DONE AND ORDERED** in Jacksonville, Florida, this ___ day of _____, 2020.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

Copies to:
Counsel of Record