# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> DISPOSABLE CONTACT LENS <br> ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Class Actions | Case No. 3:15-md-2626-J-20JRK <br><br> Judge Harvey E. Schlesinger <br> Magistrate Judge James R. Klindt |

## JOINT NOTICE REGARDING SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT ABB OPTICAL GROUP

Plaintiffs and Defendant ABB Optical Group ("ABB") jointly notify the Court that they have signed a settlement term sheet to fully resolve the litigation as between Plaintiffs and ABB. Plaintiffs and ABB are working on the ensuing settlement documentation, and Plaintiffs will file a motion for preliminary approval with the Court within 30 (thirty) days of execution of the settlement agreement. Plaintiffs will continue to litigate this case against Alcon Vision, LLC and Johnson & Johnson Vision Care, Inc.

Dated: August 31, 2020

*/s/ Michael E. Lockamy*
Michael E. Lockamy
Florida Bar No. 69626
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

1

Robert C. Gilbert
Florida Bar No. 561861
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard,
Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7270
gilbert@kolawyers.com

*Plaintiffs' Liaison Counsel*

Hollis Salzman
Eamon O'Kelly
Benjamin Steinberg
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
eokelly@robinskaplan.com
bsteinberg@robinskaplan.com

*Interim Co-Lead Class Counsel*

Christopher M. Burke
SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508 cburke@scott-scott.com

Joseph P. Guglielmo
Thomas K. Boardman
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

John A. DeVault, III
Florida Bar No. 103979
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

Michael D. Hausfeld
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

Michael P. Lehmann
Christopher L. Lebsock
Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

*Interim Co-Lead Class Counsel*

George W. Sampson
SAMPSON DUNLAP LLP
1001 4th Ave., Suite 3200
Seattle, WA 98154

Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Class Counsel*


Steven C. Marks
Podhurst Orseck LLP
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
smarks@podhurst.com

*Plaintiffs' Trial Counsel*


/s/ Dennis P. Waggoner
Dennis P. Waggoner (Florida Bar No. 509426)
HILL WARD HENDERSON
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-227-8426
Facsimile: 813-221-2900
dennis.waggoner@hwhlaw.com

Edwin John U, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: 202-389-5000
Facsimile: 202-389-5200
edwin.u@kirkland.com

*Counsel for ABB Optical Group*

Telephone: (206) 414-8340
george@sampsondunlap.com

*Plaintiffs' Trial Counsel*


Dennis J. Stewart
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

*Plaintiffs' Trial Counsel*

3