UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re: | Case No. 3:15-md-2626-HES-JRK |
|---|---|
| DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Judge Harvey E. Schlesinger<br>Magistrate Judge James R. Klindt |
| THIS DOCUMENT RELATES TO:<br><br>All Class Actions | |

### DEFENDANTS' STATUS REPORT

On March 1, 2021, the remaining parties (JJVCI, Alcon, and Class Plaintiffs) submitted a Joint Status Report in which they advised the Court that they were available for trial in February 2022. Dkt. 1245. Given the Court's prior statements that a trial of longer than two weeks will be tried by another judge—and JJVCI and Alcon's continuing view that trial will take more than two weeks—JJVCI and Alcon noted that discussions about the actual trial date should include the judge who will be handling the trial. *Id.* at 3-4.

At the time of that submission, William Cavanaugh, lead counsel for JJVCI, overlooked the fact that he had an existing commitment for a case already scheduled for trial in New Mexico in February 2022. Mr. Cavanaugh subsequently recognized his oversight but believed that the New Mexico case was likely to

resolve before trial, leaving February 2022 available for trial in this matter. However, his view on the likelihood of that occurring has diminished and he concluded it was appropriate to advise Class Plaintiffs and the Court. Accordingly, counsel for JJVCI contacted Class Plaintiffs to advise them of Mr. Cavanaugh's conflict in February 2022. After consulting with Alcon's counsel, Defendants advised Class Plaintiffs that they were available to try the case two months later, in April 2022.

In response, Class Plaintiffs proposed that trial be set for September 2021. Defendants advised Class Plaintiffs that Mr. Cavanaugh has an arbitration in September 2021 and David Marriott, lead counsel for Alcon, had trial commitments in August and October 2021. Class Plaintiffs have now responded that Mr. Cavanaugh's failure to advise the Court of his trial conflict in the parties' March submission requires the trial of this action in February 2022—even though no trial date has been set in this matter and no trial judge has been assigned by this Court.

Counsel for JJVCI apologizes to the Court for his initial oversight. But there is no material difference and there will be no prejudice to the Class Plaintiffs if this case is tried in April 2022 versus February 2022. Moreover, until this Court

2

identifies a judge to handle the trial, any trial date is likely to be provisional anyway.

Defendants remain fully prepared to discuss trial scheduling issues with the Court at a duly scheduled status conference.

Dated this 18th day of May, 2021.

                              Respectfully submitted,

                               /s/ R. Troy Smith
                              R. Troy Smith (Florida Bar No. 485519)
                              GRAYROBINSON, P.A.
                              50 N. Laura Street, Suite 1100
                              Jacksonville, FL 32202-3611
                              Phone: (904) 632-8483
                              Fax: (904) 598-9109
                              Email:  troy.smith@gray-robinson.com

                              William F. Cavanaugh, Jr.
                              Jonathan H. Hatch
                              PATTERSON BELKNAP WEBB & TYLER LLP
                              1133 Avenue of the Americas
                              New York, NY 10036
                              Phone: (212) 336-2000
                              Fax: (212) 336-2222
                              Email:  wfcavanaugh@pbwt.com
                                                jhatch@pbwt.com

                              *Counsel for Johnson & Johnson Vision Care, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ R. Troy Smith

#44307893 v1