UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
**DISPOSABLE CONTACT LENS
ANTITRUST LITIGATION**                       CASE NO.   3:15-md-2626-HES-JRK

**Counsels of Record:**

| | | |
|---|---|---|
| Thomas Boardman | Michael Lockamy | Benjamin Steinberg |
| Christopher Lebsock | Eamon O'Kelly | Christopher Burke |
| George Sampson | R. Troy Smith | Samuel Horovitz |
| Jonathan Hatch | Dave Marriot | Katy Meisel |
| Greg Cheyne | Kelsey McElveen | Michael Schwartz |
| Michael Lehmann | Michael Judd | Jake Holdreith |
| William Cavanaugh | | |

**HONORABLE HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy:** Timothy Luksha
**Court Reporter:** Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:**   Video Teleconference Status Conference

Discussion regarding status of the case and estimated length of time.

Discussion regarding a visiting judge presiding over the trial.

Order to enter.

Date: July 21, 2021        Time: 10:59 a.m. – 11:44 a.m.     Total: 45 minutes