UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Alcon Vision, LLC v. Lens.com, Inc., Case No. 3:19-cv-706-J-20JRK | |

## ORDER

**THIS CAUSE** is before the Court on the Parties' Joint Unopposed Motion to Amend Scheduling Order (Doc. 1275).

Upon consideration, it is **ORDERED**:

The Scheduling Order in this case (Doc. 1210) is amended as follows:

    a. Deadline to Complete Fact Discovery is set for **February 16, 2022**;

    b. Deadline for Plaintiff(s) to Serve Opening Rule 26(a)(2) Expert Witness Designations and Disclosures is set for **April 14, 2022**;

    c. Deadline for Defendant(s) to Serve Opposing Rule 26(a)(2) Expert Witness Designations and Disclosures is set for **June 15, 2022**;

    d. Deadline for Plaintiff(s) to Serve Reply Rule 26(a)(2) Expert Witness Designations and Disclosures is set for **July 14, 2022**;

1

e. Deadline for Defendant(s) to Serve Sur-reply Rule 26(a)(2) Expert Witness Designations and Disclosures is set for **August 15, 2022**;

f. Deadline for Depositions of All Expert Witnesses is set for **November 8, 2022**;

g. Deadline for Filing Dispositive Motions is set for **December 30, 2022**;

h. Deadline for Filing All Oppositions to Dispositive Motions is set for **February 7, 2023**;

i. Deadline for Filing All Replies in Support of Dispositive Motions is set for **February 21, 2023**; and

j. Deadline for Filing All Sur-replies in Opposition to Dispositive Motions is set for **March 6, 2023**.

**DONE AND ENTERED** at Jacksonville, Florida, this 20t day of October, 2021.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Counsel of Record