UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re: <br><br> DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-HES-JRK <br><br> Judge Harvey E. Schlesinger <br> Magistrate James R. Klindt |
|---|---|
| THIS DOCUMENT RELATES TO: <br><br> Suneeta D. Fernandes v. Alcon Laboratories, Inc., *et al*, <br> Case No. 3:15-cv-738-HES-JRK <br><br> Mallory L. Grossman v. Novartis Corporation, *et al*, <br> Case No. 3:15-cv-759-HES-JRK <br><br> Barbara Zamora-Valdes v. Novartis Corporation, *et al*, <br> Case No. 3:15-cv-760-HES-JRK <br><br> Ginger Hatridge v. Coopervision, Inc., *et al*, <br> Case No. 3:15-cv-771-HES-JRK <br><br> Joseline Dotel v. Coopervision, Inc., *et al*, <br> Case No. 3:15-cv-772-HES-JRK <br><br> Jacqueline Gaston *et al* v. ABB/Con-Cise Optical Group, LLC, *et al*, <br> Case No. 3:15-cv-773-HES-JRK | |

## ORDER

This matter is before this Court on the above captioned Plaintiffs' Notices of Voluntary Dismissal, filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above captioned actions are dismissed without prejudice and the above captioned Plaintiffs are terminated from this case;

2. The Clerk is directed to terminate all pending motions in the above captioned cases and close these files.

**DONE AND ORDERED** at Jacksonville, Florida, this _8_ day of November, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record