# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| In Re: <br><br> DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-HES-JRK <br><br> Judge Harvey E. Schlesinger <br> Magistrate James R. Klindt |
|---|---|
| **THIS DOCUMENT RELATES TO:** <br><br> Gordon Mah, *et al* v. ABB Concise Optical Group, LLC, *et al*, <br> Case No. 3:15-cv-793-HES-JRK <br><br> Marilyn Marlene Dedivanaj v. Cooper Vision, Inc., *et al*, <br> Case No. 3:15-cv-796-HES-JRK <br><br> Joanne Buckley, *et al* v. Cooper Vision, Inc., *et al*, <br> Case No. 3:15-cv-798-HES-JRK <br><br> Juliana Brodsky v. Cooper Vision, Inc., *et al*, <br> Case No. 3:15-cv-800-HES-JRK <br><br> Matthew J. Cardamone v. Alcon Laboratories, Inc., *et al*, <br> Case No. 3:15-cv-804-HES-JRK <br><br> Gaurav Khanna v. CooperVision, Inc., *et al*, <br> Case No. 3:15-cv-1101-HES-JRK <br><br> Misty Bolen-Carson v. Cooper Vision, Inc., *et al*, <br> Case No. 3:15-cv-1105-HES-JRK | |

# AMENDED ORDER

This Order replaces docket entry number 1281. This matter is before this Court on the above captioned Plaintiffs' Notices of Voluntary Dismissal, filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above captioned actions are dismissed without prejudice and the above captioned Plaintiffs are terminated from this case;

2. The Clerk is directed to terminate all pending motions in the above captioned cases and close these files.

**DONE AND ORDERED** at Jacksonville, Florida, this 10𝜏 day of November, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record