UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: Disposable Contact Lens,
AntiTrust Litigation

Case No. 3:15-md-2626-HES-LLL

This Document Relates to:
All Actions

_____/

# ORDER

This matter is *sua sponte* before this Court. Based on the Case Management Order No. 1 (Dkt. 61), this Court waived the requirements of Local Rules 2.01(a) (regarding the general admission to practice in the Court) and 2.02(a) (explaining the procedure for special admission to practice in this Court) for attorneys appearing in these actions. Therefore, the Clerk is directed to return the Pro Hac Vice fees paid by attorney Ana Gardea ($150 receipt number JAX023507) and attorney Halli Spraggins (Filing fee $150 receipt number JAX035501).

DONE and ORDERED in Jacksonville, Florida this 28 day of February, 2022.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record