**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:  3:15-md-2626-HES-LLL | DATE: March 9, 2022 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| In Re: Disposable Contact Lens Antitrust Litigation | **PLAINTIFF COUNSEL**<br>Jacob M. Holdreith,<br>Christopher L. Lebsock,<br>Michael E. Lockamy<br><br>**DEFENDANT COUNSEL**<br>David R Marriott,<br>William F. Cavanaugh, Jr.<br>Lauren A. Moskowitz | |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 1:59 PM – 3:39 PM<br>**TOTAL:** 40 minutes | **COURTROOM:** | 14B via Zoom |

**PROCEEDINGS:** STATUS CONFERENCE

Court in session.

Counsel identified for the record and present via Zoom Video Conference.

Parties discuss jury trial procedures and questionnaires and witnesses.

Jury selection to take place in 14B.

The Court discussed scheduling conflicts.

Plaintiff estimates 11 to 13 trial days.

Defense estimates 15 trial days.

Parties do not anticipate live video witnesses.

The Court and parties discuss opening statements, courtroom equipment, and changes in mask requirements in the courthouse.

The parties plan to revise the jury instructions and verdict form and resubmit to the Court.

Court adjourned.