**Exhibit A**

## Plaintiffs' Counsel and Support Personnel

| Name | Role |
| --- | --- |
| Christopher Lebsock | Counsel |
| Jacob Holdreith | Counsel |
| Dennis Stewart | Counsel |
| Joseph Guglielmo | Counsel |
| Michael Schrag | Counsel |
| George Sampson | Counsel |
| Nathaniel Giddings | Counsel |
| Benjamin Steinberg | Counsel |
| Thomas Boardman | Counsel |
| Michael Lockamy | Counsel |
| Kelsey McElveen | Counsel |
| Halli Spraggins | Counsel |
| G. Dustin Foster | Counsel |
| Kaitlyn Dennis | Counsel |
| Matthew Molloy | Paralegal |
| Tamara Barrett | Paralegal |
| Krishna Patel | Paralegal |
| Dianna Case | Graphics / Trial Presentation |
| Christina Figg | Graphics / Trial Presentation |
| Jordan Ray | Graphics / Trial Presentation |

## Alcon Vision, LLC's Counsel and Support Personnel

| Name | Role |
|---|---|
| David Marriott | Counsel of Record |
| Lauren Moskowitz | Counsel of Record |
| Lauren Rosenberg | Counsel of Record |
| James Riley | Counsel of Record |
| Samuel Horovitz | Counsel of Record |
| Christopher Cook | Client Counsel |
| Jeffrey Prokop | Client Counsel |
| Jesse Weiss | Associate Counsel |
| Nicole Valente | Associate Counsel |
| Zachary Jarrett | Associate Counsel |
| Lelia Ledain | Associate Counsel |
| Margaret Anderson | Associate Counsel |
| Kim Waters | Associate Counsel |
| Brian Golger | Associate Counsel |
| Jessica Tong | Associate Counsel |
| Thea Tympanick | Supporting Staff |
| Shelly Chen | Supporting Staff |
| Eliza Bird | Supporting Staff |
| Stephanie Palma | Supporting Staff |
| Helen Ferguson | Supporting Staff |
| Lucy Chen | Supporting Staff |
| Michael Lyon | Technology Support |
| Glen Cordova | Technology Support |

Johnson & Johnson Vision Care, Inc.'s Counsel
and Support Personnel

| Name | Role |
|---|---|
| William Cavanaugh | JJVC counsel of record |
| Jonathan Hatch | JJVC counsel of record |
| Alejandro Cruz | JJVC counsel of record |
| Troy Smith | JJVC counsel of record |
| Michael Schwartz | JJVC counsel of record (pending) |
| Meghan Larywon | JJVC counsel of record (pending) |
| Gargi Chaudhuri | JJVC counsel of record (pending) |
| Nathaniel Lancaster | JJVC counsel of record (pending) |
| Kathryn Meisel | JJVC client counsel |
| Lisa Roberts | JJVC client counsel |
| Joyce Addae | JJVC supporting staff |
| Roman Kosman-Rimskiy | JJVC supporting staff |