UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-HES-LLL<br><br>Judge Virginia M. Hernandez<br>Magistrate Judge Laura Lothman Lambert |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to the Court's Case Management Order No. 1 [ECF No. 61], Kaitlyn L. Dennis of the law firm Gustafson Gluek PLLC, member in good standing of the State Bar of Minnesota, hereby enters her appearance as additional counsel for Plaintiffs in the above-captioned matter and requests that copies of all pleadings, orders and correspondence in the above-listed matter be directed to her attention at the following address:

    Kaitlyn L. Dennis
    **Gustafson Gluek PLLC**
    Canadian Pacific Plaza
    120 South Sixth Street, Suite 2600
    Minneapolis, MN  55402
    Telephone: (612) 333-8844
    Fax: (612) 339-6622
    kdennis@gustafsongluek.com

Dated:   March 23, 2022                /s/Dennis Stewart
                                          Dennis Stewart
                                          **GUSTAFSON GLUEK PLLC**
                                          600 B Street, 17th Floor
                                          San Diego, CA 92101
                                          Telephone: (619) 595-3299
                                          Facsimile: (612) 339-6622
                                          dstewart@gustafsongluek.com

                                          *Plaintiffs' Trial Counsel*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

Dated:   March 23, 2022

/s/Dennis Stewart
Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

*Plaintiffs' Trial Counsel*