UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| In Re: <br><br> **DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-HES-LLL <br><br> **Judge Harvey E. Schlesinger** <br> **Judge Virginia M. Hernandez Covington** <br> **Magistrate Judge Laura L. Lambert** |
|---|---|
| **THIS DOCUMENT RELATES TO:** <br> **All Class Actions** | |

**JOINT NOTICE REGARDING SETTLEMENT BETWEEN**
**PLAINTIFFS AND DEFENDANT ALCON VISION, LLC**

Pursuant to Local Rule 3.09(a), Plaintiffs and Defendant Alcon Vision, LLC ("Alcon"), by and through their undersigned counsel, jointly notify the Court that they have signed a settlement agreement to fully resolve the litigation as between Plaintiffs and Alcon. Plaintiffs and Alcon respectfully request that the Court suspend all pending hearings and deadlines, including the jury trial set for March 28, 2022, as to Plaintiffs' claims against Alcon. Plaintiffs will file a motion for preliminary approval with the Court within 30 (thirty) days. Plaintiffs will continue to litigate this case against Johnson & Johnson Vision Care, Inc.

Dated: March 23, 2022

David R Marriott
Lauren Moskowitz
Lauren Rosenberg
CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
dmarriott@cravath.com
lmoskowitz@cravath.com
lrosenberg@cravath.com

*Counsel for Alcon Vision, LLC*

Thomas K. Boardman
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tboardman@scott-scott.com
jguglielmo@scott-scott.com

Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Christopher Lebsock
Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Nathaniel C. Giddings
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
ngiddings@hausfeld.com

Benjamin Steinberg
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
bsteinberg@RobinsKaplan.com

*Co-Lead Class Counsel*