UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-HES-LLL<br><br>Judge Harvey E. Schlesinger<br>Judge Virginia M. Hernandez Covington<br>Magistrate Judge Laura L. Lambert |
| THIS DOCUMENT RELATES TO:<br>All Class Actions | |

**JOINT NOTICE REGARDING SETTLEMENT BETWEEN
PLAINTIFFS AND DEFENDANT JOHNSON & JOHNSON VISION CARE,
INC.**

Pursuant to Local Rule 3.09(a), Plaintiffs and Defendant Johnson & Johnson Vision Care, Inc. ("JJVCI"), by and through their undersigned counsel, jointly notify the Court that they have signed a settlement agreement to fully resolve the litigation as between Plaintiffs and JJVCI. Plaintiffs and JJVCI respectfully request that the Court stay all pending hearings and deadlines, including the jury trial set for March 28, 2022, as to Plaintiffs' claims against JJVCI, but not dismiss the claims so as to retain jurisdiction over the settlement approval process. Plaintiffs will file a motion for preliminary approval with the Court within 30 (thirty) days.

Dated: March 27, 2022

/s/ *Michael E. Lockamy*
Michael E. Lockamy
Florida Bar No. 69626
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

John A. DeVault, III
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
jad@bedellfirm.com

*Plaintiffs' Local Counsel*

William F. Cavanaugh, Jr.
Jonathan H. Hatch
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jhatch@pbwt.com

*Counsel for Johnson & Johnson Vision Care, Inc.*

Thomas K. Boardman
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tboardman@scott-scott.com
jguglielmo@scott-scott.com

Christopher M. Burke
SCOTT + SCOTT,
ATTORNEYS AT LAW, LLP
600 W. Broadway, Suite 3300

San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Christopher Lebsock
Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
mlehmann@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Nathaniel C. Giddings
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
ngiddings@hausfeld.com

Benjamin Steinberg
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
bsteinberg@RobinsKaplan.com

*Co-Lead Class Counsel*