UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Case No. 3:15-md-2626-J-20JRK<br><br>Judge Harvey E. Schlesinger |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## O R D E R

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Settlement (Doc. 1337).

The Court has reviewed the motion and exhibits and notes that when the Court addressed prior settlements in this case, the Court discussed an attorney fees limitation with the Parties. Page seven of the proposed preliminary approval order sets a schedule listing a deadline of thirty days after the Notice Date for Plaintiffs' Motions for Final Approval, Fees, Expenses, and/or Incentive Awards for the Alcon and J&J Settlements (Doc. 1337-5, page 7).

The Parties are directed to notify the Court within fourteen days whether they have reached an agreement regarding an attorney fees cap for the pending settlement or request a hearing regarding same.

Accordingly, it is **ORDERED**:

The Parties shall file a notice within **fourteen (14) days** informing the Court whether they have reached an attorney fees cap or request a hearing

regarding same.

**DONE and ENTERED** at Jacksonville, Florida, this 27th day of April, 2022.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2