# Exhibit B

BISMARCK
BOSTON
LOS ANGELES
MINNEAPOLIS
NEW YORK
SILICON VALLEY
SIOUX FALLS

# ROBINS ◢ KAPLAN LLP

## ANTITRUST LITIGATION EXPERIENCE

# TABLE OF CONTENTS

WHO WE ARE: ROBINS KAPLAN                                      1

DIVERSITY, EQUITY & INCLUSION                                  2

TRIAL VICTORIES                                                3

TRIAL EXPERIENCE RECOGNITION                                   4

WHO WE ARE: ANTITRUST AND TRADE REGULATION GROUP               5

ANTITRUST LITIGATION SUCCESS                                   6

 COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES                 8

ANTITRUST RECOGNITION                                          10

THE ROBINS KAPLAN TEAM                                         13



# WHO WE ARE: ROBINS KAPLAN

## A national firm dedicated to trial work.

**Robins Kaplan is among the nation's premier trial law firms, with more than 225 attorneys across seven U.S. cities.**

---

With one of the nation's top-ranked antitrust practices, we are one of few national firms to have obtained landmark successes on behalf of both plaintiffs and defendants in major antitrust litigation and at trial, including in several of the most significant antitrust cases ever litigated.

We have secured nearly $10 billion in recoveries for antitrust plaintiffs in the past several years, recovering more than $2 billion for clients through jury verdicts alone.

Our lawyers secured the first settlement between a state and Big Tobacco using an antitrust theory, and we have forced critical structural reforms in many other industries. Our broad range of experience is reflected in the diverse backgrounds of our legal professionals.

Our persistent trial focus and readiness drives our success in and out of the courtroom.

 

# DEI | DIVERSITY EQUITY & INCLUSION

## OUR COMMITMENT

At Robins Kaplan LLP, our commitment to diversity has been constantly renewed and revitalized since the founding of our firm in 1938. We recognize that the professionals we employ are our primary assets. Without skilled human resources, the legal advice and courtroom advocacy we provide to our clients is diminished. We are committed to advancing diversity by ensuring that fairness, respect and professional opportunity for everyone are integral to all of our recruiting, retention and promotion efforts. We believe that the diverse background of our people brings necessary and varied perspectives that enrich our practice of law. Those perspectives make us more than a diverse law firm; they make us a smart one.

**50%**
ATTORNEYS PROMOTED TO PARTNER IN 2020 WHO ARE FROM HISTORICALLY UNDERREPRESENTED GROUPS

**2020**
NAMED A BEST LAW FIRM FOR LGBTQ INDIVIDUALS BY VAULT

# RECOGNITIONS




**WANTON INJUSTICE LEGAL DETAIL FOUNDERS CIRCLE**



**2021 MANSFIELD CERTIFIED PLUS 4.0**



**LCLD 2020 TOP PERFORMER**



**LEADERSHIP COUNCIL ON LEGAL DIVERSITY MEMBER**



**DIVERSITY AND FLEXIBILITY ALLIANCE 2021 LEADER**



**2020-2021 BEST PLACES TO WORK FOR LGBTQ EQUALITY**



**MINNESOTA WOMEN LAWYERS 2021 PLATINUM PARTNER**



**2019 AMERICAN BAR ASSOCIATION**
LAW FIRM DIVISION'S MARTHA AFRICA GOLDEN HAMMER **AWARD**



**CALIBRATE ID MEMBER**
ADDRESSING INCLUSION/ DIVERSITY AMONG LAW FIRM BUSINESS SERVICE PROFESSIONALS

# TRIAL VICTORIES

Our trial lawyers have secured billions of dollars in damages in jury and arbitration awards against opponents from Apple to Disney to Starbucks.

## $6.8 BILLION

Settlement with Big Tobacco after a historic 15-week trial. With the result, Robins Kaplan became "the vanguard firm in the first successful battle with Big Tobacco" for states and health insurers (Law360). Domino-like settlements with 45 states followed.

*State of Minnesota and Blue Cross & Blue Shield of Minnesota v. Philip Morris Inc., et al.* (Minn.)

## $2.7 BILLION

Arbitration award for a Kraft Foods spinoff in breach of contract action against Starbucks, which had terminated Kraft's exclusive rights to sell Starbucks coffee in grocery and retail stores.

*Kraft Foods Global, Inc. v. Starbucks Corporation* (S.D.N.Y.)

## $520 MILLION

Jury verdict against Microsoft for infringing a patent for web browser technology. The Federal Circuit affirmed the award, which increased to $565 million with pre-judgment interest. The case settled days before a second trial on invalidity.

*Eolas Technologies, Inc., et al. v. Microsoft Corp.* (N.D. Ill.)

## $320 MILLION

Federal jury verdict, plus prejudgment interest, against the creators of "Who Wants to Be a Millionaire?" in a dispute over the show's profits.

*Celador International, Ltd. v. American Broadcasting Cos., Inc., et al.* (C.D. Cal.), aff'd (9th Cir.)



# RECENT TRIAL EXPERIENCE RECOGNITION

| | | |
|---|---|---|
| **THE NATIONAL LAW JOURNAL** | "Elite Trial Lawyers List" | "Plaintiffs' Hot List" |
| **THE AMERICAN LAWYER** | "A-List" | |
|  **BTI CONSULTING GROUP** | "Most Feared Law Firms in Litigation" <br> "Honor Roll: Most Feared Law Firms" | "Client Service A-Team" <br> "Litigation Outlook: Awesome Opponent" |
|  **BENCHMARK LITIGATION** | "Top 10 Plaintiffs Firm" | |
|  **ALM** <br> An Integrated Media Company | "Go-To Law Firms at the Top 500 Companies" | |

# WHO WE ARE:
# ANTITRUST AND TRADE REGULATION GROUP

We are 36 attorneys and financial and economic experts who pursue industry-disrupting antitrust litigation. Most of the attorneys in our group have earned individual recognition for excellence in antitrust work. Highlights include:



### MEEGAN F. HOLLYWOOD

*Crain's New York Business:* Notable Women in Law | *Benchmark Litigation:* Future Star | *New York Law Journal* Rising Star | *The National Law Journal* Rising Star of the Plaintiffs Bar | *Global Competition Review* 40 Under 40 | American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer | American Bar Association On the Rise: Top 40 Young Lawyers | *Global Competition Review* Lawyer of the Year Under 40 Shortlist



### KELLIE LERNER

*The Legal 500:* Leading Lawyer | Global Competition Review: Women in Antitrust | *Benchmark Litigation:* Future Star | *Benchmark Litigation:* Litigation Star | *Crain's New York Business:* Notable Women in Law | *New York Law Journal* Distinguished Leader | *Who's Who Legal:* Competition | *New York Law Journal* Antitrust Trailblazer | *Chambers USA:* Antitrust New York: Band 1 | *The Legal 500:* Class Action-Antitrust | *New York Law Journal* Competition Lawyer Under 40 | *New York Law Journal* Distinguished Leader



### WILLIAM V. REISS

*Chambers USA:* Antitrust New York: Band 2 | American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer | *The National Law Journal* Antitrust Trailblazer | *Law360* Competition Rising Star



### AARON M. SHEANIN

*Chambers USA:* Antitrust California: Band 2 | "Top Antitrust Lawyer" by *The Daily Journal* | "California Super Lawyer" by *Super Lawyers* | Finalist for "Consumer Attorney of the Year," Consumer Attorneys of California



### BENJAMIN D. STEINBERG

American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer | "New York Metro Rising Star" by *Super Lawyers*



### K. CRAIG WILDFANG

*Finance & Commerce* and *Minnesota Lawyer:* Minnesota ICON | *Benchmark Litigation:* Local Litigation Star | *Law360* Titan of the Plaintiff's Bar | American Antitrust Institute Antitrust Enforcement Award / Outstanding Antitrust Achievement in Private Law Practice | *Chambers USA:* Antitrust Minnesota: Band 1 and Nationwide: Band 2 | *The National Law Journal* Antitrust Trailblazer

**OUR TEAM INCLUDES:**

» Two former U.S. Attorneys.

» Former special counsel for the DOJ Antitrust Division.

» Former chair of Am Law 100 antitrust practice.

» Former Dean and current President of the International Academy of Trial Lawyers.

# ANTITRUST LITIGATION SUCCESS

Robins Kaplan has a well-established history of successfully leading major antitrust actions.

**FOR PLAINTIFFS**

### Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

**$6.26 BILLION**

For a class of 10 million merchants, Robins Kaplan pursued an innovative theory that Visa's and Mastercard's interchange fee structure and rules are anticompetitive. The $6.26 billion settlement, which was granted final approval, is the largest known settlement of a private antitrust action in the 120-year history of the Sherman Act.

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.)

### Air Cargo Shipping Services Antitrust Litigation

**$1.2 BILLION**

In a class action against providers of air cargo services, Robins Kaplan collected evidence around the world and compelled deposition testimony through The Hague. The final two of 28 settlements came on the eve of trial.

*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.)

### Automotive Parts Antitrust Litigation

**$1.2 BILLION TO DATE**

In an unprecedented MDL stemming from the largest criminal antitrust investigation in U.S. history, Robins Kaplan has recovered more than $1.2 billion in settlements for purchasers of price-fixed auto parts. The cumulative figure is the largest indirect purchaser recovery in U.S. history.

*In re Automotive Parts Antitrust Litigation* (E.D. Mich.)

### Kirk Dahl, et al. v. Bain Capital Partners, LLC

**$600 MILLION**

Robins Kaplan identified private equity firms' alleged conspiracy to suppress acquisition prices for target companies in leveraged buyouts and recovered nearly $600 million in settlements.

*Kirk Dahl, et al. v. Bain Capital Partners, LLC, et al.* (D. Mass.)

### Cathode Ray Tube Antitrust Litigation

**$300 MILLION IN SETTLEMENT + $22.5 MILLION JURY VERDICT**

Robins Kaplan represented Best Buy in an action alleging a conspiracy to fix the prices of cathode ray tubes, which were once integral components of televisions and computer monitors. The case concluded with settlements exceeding $300 million and a $22.5 million jury verdict against one defendant.

*In re Cathode Ray Tube Antitrust Litigation* (N.D. Cal.)

### Vitamins Antitrust Litigation

**$250 MILLION**

The firm represented agribusiness clients as opt-out plaintiffs in litigation over a decade-long price-fixing conspiracy among international vitamin manufacturers. The cases settled before trial.

*In re Vitamins Antitrust Litigation* (D.D.C.)

# ANTITRUST LITIGATION SUCCESS <span>CONTINUED</span>

**FOR DEFENDANTS**

### Wholesale Grocery Products Antitrust Litigation

Robins Kaplan LLP served as lead counsel representing grocery wholesaler Supervalu Inc. in consolidated federal antitrust actions on behalf of putative multi-state class of grocery retailers challenging 2003 asset exchange transaction, and in a related Federal Trade Commission investigation regarding the asset exchange transaction. Robins Kaplan persuaded the FTC to close its investigation without action, and it obtained a ruling excluding plaintiff's economics expert and granting summary judgment and an Eighth Circuit affirmance of judgment in Supervalu's favor in December 2019.

*In re Wholesale Grocery Products Antitrust Litigation* (D. Minn.)

### Digital Sun v. The Toro Co.

Robins Kaplan secured Rule 12 dismissal of a complaint against The Toro Company by a manufacturer of smart-sprinkler technology, in a case at the intersection between antitrust and patent law.

*Digital Sun v. The Toro Company* (N.D. Cal.)

### Insulate SB, Inc. v. Advanced Finishing Systems, Inc.

Robins Kaplan obtained a Rule 12(b)(6)/*Twombly* dismissal of a putative nationwide antitrust class action against Graco Inc. and its distributors of spray foam insulation equipment, which had been brought after a Federal Trade Commission decree related to Graco's spray foam business acquisitions. Robins Kaplan represented Graco on appeal, and it obtained an affirmance by the Eighth Circuit.

*Insulate SB, Inc. v. Advanced Finishing Products & Equipment, et al.* (D. Minn.)

### In re Union Oil Company of California

In another case at the intersection between antitrust and patent law, Robins Kaplan defended Section 5 antitrust allegations by the Federal Trade Commission against UNOCAL based on standard-setting theory for reformulated gasoline patents.

*In re Union Oil Company of California* (Federal Trade Commission, 2004)

### Omnicare, Inc. v. Unitedhealth Group, Inc.

Represented defendants Unitedhealth Group, Inc. and Pacificare, Inc. in an antitrust lawsuit involving alleged price-fixing and fraud related to prescription drug reimbursement under the federal Medicare Part D program. Plaintiff Omnicare sought damages exceeding $1 billion and permanent injunctive relief. After summary judgment motion was argued in August 2008, the U.S. District Court granted summary judgment to defendants on all claims in January 2009 which the Seventh Circuit affirmed on appeal.

*Omnicare, Inc. v. Unitedhealth Group* (N.D. Ill.)

### In re Farmed Salmon Antitrust Litigation

Defended Norwegian farmed salmon producer in series of lawsuits alleging price-fixing in the market for farmed Atlantic salmon. Obtained voluntary dismissal of all claims in 2019.

*In re Farmed Salmon Antitrust Litigation* (S.D. Fla.)

## COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES



*BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al.* (S.D.N.Y.)

*Sterk et al. v. The Bank of Nova Scotia, et al.* (D.N.J.)

*In re Hard Disk Drives Suspension Assemblies Antitrust Litigation* (N.D. Cal.)

*In re Brand Name Prescription Drug Indirect Purchaser Antitrust Litigation* (multistate)*

*Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, et al.* (C.D. Cal.)*

*In re Abbott Labs Norvir Antitrust Litigation* (N.D. Cal.)*

*In re Aftermarket Automotive Lighting Products Antitrust Litigation* (C.D. Cal.)*

*In re Pool Products Distribution Market Antitrust Litigation* (E.D. La.)*

*In re Wells Fargo Collateral Protection Insurance Litigation* (C.D. Cal.)

*Howard Hess Dental Labs, et al. v. Dentsply Int'l, Inc.* (D. Del.)*

*In re Warfarin Sodium Antitrust Litigation* (D. Del.)*

*In re Lorazepam and Clorazepate Antitrust Litigation* (D.D.C.)*

*In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla.)

*In re Florida Cement and Concrete Antitrust Litigation* (S.D. Fla.)*

*In re Marine Hose Antitrust Litigation* (S.D. Fla.)*

*In re Photochromic Lens Antitrust Litigation* (M.D. Fla.)*

*In re Food Service Equipment Hardware Antitrust Litigation* (N.D. Ga.)*

*In re Aftermarket Filters Antitrust Litigation* (N.D. Ill.)*

*Washington County Health Care Authority, Inc. d/b/a Washington County Hospital & Nursing Home, et al. v. Baxter International Inc., et al.* (N.D. Ill.)

*Dahl, et al. v. Bain Capital Partners, LLC, et al.* (D. Mass.)

## COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES CONTINUED

*In re Automotive Parts Antitrust Litigation*
(43 separate actions) (E.D. Mich.)

*In re Vehicle Carrier Services Antitrust Litigation* (D.N.J.)

*Animalfeeds International Corp. v. Stolt-Nielsen SA* (S.D.N.Y.)*

*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.)

*In re Buspirone Antitrust Litigation* (S.D.N.Y.)*

*In re Crude Oil Commodity Futures Litigation* (S.D.N.Y.)

*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation* (S.D.N.Y.)

*In re Maltol Antitrust Litigation* (S.D.N.Y.)*

*In re Natural Gas Commodity Litigation* (S.D.N.Y.)*

*In re Optiver Commodities Litigation* (S.D.N.Y.)

*In re Oxycontin Antitrust Litigation* (S.D.N.Y.)*

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.)

*In re Stock Exchanges Options Trading Antitrust Litigation* (S.D.N.Y.)*

*In re Foundry Resins Antitrust Litigation* (S.D. Ohio)*

*In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio)

*Vista Healthplan, Inc. v. Sanofi-Aventis C.A.* (S.D. Ohio)*

*In re Flat Glass II Antitrust Litigation* (W.D. Pa.)*

*Anastasio, et al. v. Total Gas & Power North America, Inc.* (S.D.N.Y.)

*In re Merck Mumps Vaccine Antitrust Litigation* (E.D. Pa.)

*In re Puerto Rican Cabotage Antitrust Litigation* (D.P.R.)*

*In re Interior Molded Doors Indirect Purchaser Antitrust Litigation* (E.D. Va.)

*In re Local TV Advertising Antitrust Litigation* (N.D. Ill.)

*County of Monmouth, New Jersey v. Florida Cancer Specialists, et al.* (M.D. Fla.)

*\*Prior to joining Robins Kaplan LLP.*



## ANTITRUST RECOGNITION



> I know the plaintiffs' counsel by experience.
> They are all top-end lawyers.
>
> **– JUDGE BRIAN COGAN**
>
> Transcript of Civil Cause for Fairness Hearing at 13,
> *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y., March 24, 2016)

"Each of you have demonstrated extreme competence, respect for the court, and diligence in your work . . . You are certainly amongst the best attorneys with whom I have had the opportunity to work. Let me thank you for your professionalism in this case."

**– Judge Marianne O. Battani**
*In re Automotive Parts Antitrust Litigation* (E.D. Mich., June 4, 2020)

---

"[G]reat papers. Great oral argument."

**– Judge Andrew J. Guilford**
Transcript of Motion Hearing at 49, *In re Wells Fargo Collateral Protection Insurance Litigation* (C.D. Cal., June 18, 2018)

---

"Settlement Class Counsel are highly experienced practitioners in complex litigation generally and antitrust litigation specifically. In addition, Settlement Counsel has been consistently commended in this case, deservedly so."

**– Judge John Gleeson**
Memorandum and Opinion Granting Approval of the Lufthansa Settlement at 28,
*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y., Sept. 25, 2009)

# ANTITRUST RECOGNITION CONTINUED



TOP RANKED
Chambers
USA
2021

**Robins Kaplan LLP**

The Robins Kaplan National Antitrust Group "has an enviable track record litigating and winning big antitrust cases and securing favorable settlements. Whether it is credit card fees or automobile parts, the results speak for themselves."

- Interviewee Comment, *Chambers USA*, 2021

Attorneys are "well organized, thorough and whip-smart."

- Source Comment, *Chambers USA*, 2021

"They are good at making cost efficiencies and understanding the business aspects."

– Client Comment, *Chambers USA*, 2019

Attorneys were "very responsive" and offered "really good insights into the navigation of the demands and requirements of regulators."

– Client Comment, *Chambers USA*, 2019

"They are simply amazing; they are forward-thinking, creative and very effective. They do a marvelous job."

– Peer Comment, *Chambers USA*, 2018

"I think the team is outstanding: Very smart, effective and great to work with – they are top shelf."

– Peer Comment, *Chambers USA*, 2018

"Receives widespread praise for its capabilities in all types of antitrust matters but has achieved particularly significant success on behalf of plaintiff clients. Demonstrates considerable trial experience and knowledge of government agencies."

– Client Comment, *Chambers USA*, 2015



**They are easy to get along with, straightforward and get the job done.**

**– CLIENT COMMENT,** *Chambers USA*, 2019

# ANTITRUST RECOGNITION CONTINUED

## Benchmark Litigation

Highly Recommended Litigation
Firm in Minneapolis
*(2021-2022 Editions)*

Firm - Tier 1: Antitrust
*(2021-2022 Editions)*

## CHAMBERS USA

Antitrust Nationwide: Band 1
*2014-2021*

Antitrust New York: Band 1
*2014-2021*

Antitrust Minnesota: Band 1
*2014-2021*

## GLOBAL COMPETITION REVIEW

"Regional Firm of
the Year" Shortlist
*2017-2020*

"Litigation of the Year –
Cartel Prosecution" Shortlist
*Automotive Parts, 2021*

GCR 100: New York
*2021*

## LAW360

"Most Feared
Plaintiffs Firms"
*2014-2015*

"Litigation
Powerhouse"
*2016 inaugural list*

"Competition Practice
Group of the Year"
*2014–2015*

## THE LEGAL 500

One of the nation's top firms in the area
of Antitrust: Civil Litigation/Class Actions
*2016-2021*

One of the best plaintiffs' firms in the country in
Class Action: Plaintiff Representation – Antitrust
*2015*

## U.S. NEWS & WORLD REPORT: BEST LAWYERS

Litigation - Antitrust:
National Tier 1, Minneapolis
*(2019, 2021 Editions)*

Litigation - Antitrust:
Metropolitan Tier 1, Minneapolis
*(2022 Edition)*



# THE ROBINS KAPLAN TEAM



# KELLIE LERNER

**Co-Chair |** Antitrust and Trade Regulation
**Partner |** New York

## CONTACT

KLerner@RobinsKaplan.com

212.980.7406

## EDUCATION

Rutgers Law School, Dean's Merit Scholar, J.D. (2003)

Rutgers University, B.A., cum laude, Phi Beta Kappa (1999)

## BAR AND COURT ADMISSIONS

New York

New Jersey

U.S. Court of Appeals, Second Circuit

U.S. District Court, Southern District of New York

U.S. District Court, New Jersey

Kellie Lerner is nationally recognized for her work over the last two decades representing clients in high-stakes antitrust disputes across the country. Ms. Lerner has successfully led numerous antitrust class actions and currently serves in leadership positions in *BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al., In re Merck Mumps Vaccine Antitrust Litig., In re Hard Disk Drive Suspension Assemblies Antitrust Litig., and Sterk, et al. v. The Bank of Nova Scotia, et al*. Ms. Lerner previously represented a publicly traded corporation where she successfully obtained a complete dismissal of a federal and multi-state antitrust class action filed against her client. She has also counseled generic pharmaceutical, alternative energy, and entertainment companies on competition issues. Ms. Lerner is particularly adept at identifying new antitrust actions, initiating the first antitrust class action lawsuits in the country in dozens of actions that have ultimately resulted in billions of dollars in recoveries for victims of anticompetitive conduct.

*Chambers USA* recognizes Ms. Lerner as one of the country's top plaintiff's antitrust attorneys. Ranked over the last four consecutive years, *Chambers* notes Ms. Lerner "is a brilliant tactician and a fierce litigator. She does this while maintaining a cordial relationship both with other plaintiffs' counsel and with defense counsel." *Chambers* similarly notes that Ms. Lerner has been praised by her peers for her ability to "get large teams of people to work effectively together," as well as for being a "zealous advocate." *The Legal 500 USA* also praised Ms. Lerner for her "superior intellect, determination and political savvy in getting the job done."

Ms. Lerner is a two-time recipient of *Crain's New York Business'* "100 Notable Women in Law" award, has been named to *Global Competition Review's* prestigious "Women in Antitrust list," and is the recipient of the *New York Law Journal's* "Distinguished Leader" and "New York Trailblazer" awards, as well as the *National Law Journal's* "Elite Women of the Plaintiff's Bar" and "Antitrust and M&A Trailblazer" awards. Ms. Lerner was selected by *Benchmark Litigation* as a "Litigation Star" and is the recipient of Inside Counsel's "National Women in Law" award. A frequent author and lecturer, Ms. Lerner is a recognized voice on all issues of antitrust law and her opinions have been quoted in *The Washington Post, Bloomberg Businessweek, Yahoo News,* and *CBS MoneyWatch,* among other publications.

Ms. Lerner is a member of the Executive Committee and the Chair of Diversity for the Antitrust Section of the New York State Bar Association, a member of the Advisory Board of the Institute of Consumer Antitrust Studies of the Loyola University Chicago School of Law, Co-Chair of the National Association of Women Lawyers' Litigation Affinity Group, Executive Committee Member and Secretary of The Committee to Support the Antitrust Laws (COSAL), and an Editor of the ABA's *Antitrust* magazine.

Ms. Lerner co-founded Roseann's Gift, an organization named for her late mother and dedicated to raising research funding to cure lung cancer. The organization is funding lung cancer research at Weill Medical College of Cornell University. Ms. Lerner is a member of the Tri-State Area Advisory Board of Jumpstart, which works to provide equal access to literacy education for preschool children in under-resourced communities, and was previously a member of the Board of Directors for the Jewish Community Project Downtown, an organization that was formed in the wake of the September 11th attacks to revitalize the Jewish community in lower Manhattan. She currently provides pro bono assistance to KIND (Kids In Need of Defense) and Lambda Legal and has previously provided assistance to the Transgender Legal Defense and Education Fund, AARP and the Lawyers Committee for Civil Rights Under the Law.

## RECENT NOTABLE RECOGNITIONS

### AWARDS

» *The Legal 500:* Leading Lawyer (2021)
» *Global Competition Review:* GCR Women in Antitrust (2021)
» *Crain's New York Business:* Notable Woman in Law (2020-2021)
» *New York Law Journal:* Distinguished Leader (2020)
» *Who's Who Legal:* Competition (2020)
» *New York Law Journal:* New York Trailblazer (2019)
» *The National Law Journal:* Elite Woman of the Plaintiff's Bar (2019)
» *Corporate Counsel/InsideCounsel:* National Women in Law (2018)
» *Profiles in Diversity Journal:* Diversity Leader (2017)
» *The National Law Journal:* Antitrust and M&A Trailblazer (2016)
» *Profiles in Diversity Journal:* Woman Worth Watching (2015)
» *New York Law Journal:* Rising Star (2013)
» *Law360:* Competition Rising Star (2012)

*\*\*Being named to the list or receiving the award is not intended and should not be viewed as comparative to other lawyers or to create an expectation about results that might be achieved in a future matter.*

### RANKINGS

» *Benchmark Litigation:* Litigation Star (2022 Edition)
» *Benchmark Litigation*: Future Star (2016-2021 Editions)
» *Chambers USA*: Antitrust New York: Band 1 (2018-2021)
» *Super Lawyers*: New York Metro Super Lawyer (2018-2021)
» *The Legal 500*: Recommended in the Field of Class Action-Antitrust *(2013-2018)*

» **A Perfect Storm: Health Care Consolidation and the Lack of Antitrust Enforcement**
*American Bar Association* (Summer 2020)

» **No-Poachers Find Themselves in Hot Water**
*Bloomberg Law* (Aug. 29, 2018)

» **Judges Can Demand Diversity In Rule 23(g) Applications**
*Law360* (Aug. 15, 2018)

» **How Do You Solve a Problem Like Algorithmic Price Fixing?**
*Bloomberg Law* (Feb. 8, 2018; nominated for a *Concurrences* 2019 Antitrust Writing Award in Business Articles: Concerted Practices)

» **Addressing the Gender Divide in the Courtroom**
*New York Law Journal* (Sept. 8, 2017)

» **Consumer Protection Developments: New Challenges and Unanswered Questions**
*Antitrust Magazine* (July 10, 2017)

» **The 9th Circ.'s Rule 6(e) Test For Private Antitrust Cases**
*Law360* (Oct. 20, 2015)

» **Early Lessons From The REMS Battlefield**
*Law360* (Mar. 9, 2015)

» **Tech-Tying Vs. Section 2 Of The Sherman Antitrust Act**
*Law360* (Dec. 4, 2014)

» **The 5 Hidden Benefits of a Diverse Legal Team**
*InsideCounsel* (Nov. 17, 2014)

» **It's Time to Revisit Antitrust Penalties**
*Daily Journal* (Oct. 28, 2014)

» **DOJ Stays Are Often Unfair To Private Antitrust Plaintiffs**
*Law360* (Mar. 3, 2014)

» **5 Overlooked Reasons to Be Class Rep in an Antitrust Suit**
*Law360* (May 16, 2013)

» **When You Lose the Race to Corporate Leniency**
*Law360* (Mar. 15, 2013)

## SPEAKING ENGAGEMENTS/LECTURES

» **Should the Antitrust Laws Be Used to Promote Societal Change? An Exploration of the Intersection Between Antitrust Enforcement and the Promotion of Environment and Societal Welfare**
Moderator, New York State Bar Association's Annual Meeting - Antitrust Law Section Panel (January 24, 2022)

» **Leading Voices in Private Enforcement: Insights on Bringing and Litigating Successful Antitrust Cases**
Panelist, 14th Annual Private Antitrust Enforcement Virtual Conference (November 12, 2020)

» **Are You Down with APP (Algorithmic Pricing)**
Webinar, American Bar Association (November 3, 2020)

» **A Conversation With Women in Government Antitrust Enforcement**
Moderator, New York Women in Antitrust Panel, New York, New York (May 28, 2020)

» **Noerr-Pennington Immunity and "Sham" Petitioning Developments in the Pharmaceutical Industry**
New York State Bar Association, New York, New York (April 9, 2019)

» **Blunt Instrument or Surgical Blade: Is Section 2 of the Sherman Act the Right Tool to Address Financial Market Manipulation?**
New York State Bar Association, New York, New York (January 17, 2019)

» **New Revenue Streams: Analyzing Antitrust Class Action Settlement Claims**
Bloomberg Law Webinar (Apr. 10, 2019)

» **Role of Market Power in the Digital Economy**
New York State Bar Association (January 25, 2018)

» **Women in Antitrust – The Times They Are A-Changing**
New York State Bar Association – Antitrust Law Section (January 24, 2018)

» **Class Action Reform: Necessary or Nocuous?**
American Bar Association (January 17, 2018)

» **Class Action Settlements for Antitrust Practitioners and In-House Counsel**
Practising Law Institute (June 21, 2017)

» **5 Hidden Benefits of a Diverse Legal Team**
Robins Kaplan LLP Webinar (March 3, 2015)

## ORGANIZATIONS

» New York State Bar Association, Antitrust Section;
Executive Committee Member and Chair of Diversity

» National Association of Women Lawyers, Litigation Affinity Group Co-Chair

» American Bar Association, Section of Antitrust Law; Editor, *Antitrust* Magazine

» The Committee to Support the Antitrust Laws, Executive Committee Member and Secretary

» Institute of Consumer Antitrust Studies of the Loyola University Chicago School of Law, Advisory Board Member

» New York Women in Antitrust Group, Chair



# BENJAMIN D. STEINBERG

**Partner |** New York
Antitrust and Trade Regulation

## CONTACT

BSteinberg@RobinsKaplan.com

212.980.7460

---

## EDUCATION

University of Minnesota Law School,
J.D., *magna cum laude* (2013);
*Minnesota Law Review* 2011-2013;
Dorothy O. Lareau Legal Writing
Award; Best 1L Brief; Best 1L Oralist;
Honors in Practice and Professionalism,

University of Madison-Wisconsin B.A.,
Journalism, Spanish (2010)

---

## BAR AND COURT ADMISSIONS

Minnesota

New York

U.S. Court of Appeals, Ninth Circuit

Benjamin D. Steinberg is an antitrust litigator who prosecutes anticompetitive conduct, with a particular focus on conspiracies. He represents consumers and businesses harmed by price fixing, illegal monopolization, and other unlawful business practices. Mr. Steinberg has helped lead several groundbreaking lawsuits across the country, where he has recovered hundreds of millions of dollars on behalf of his clients. In 2020, the American Antitrust Institute honored Mr. Steinberg for "Outstanding Antitrust Litigation Achievement by a Young Lawyer." Mr. Steinberg is an emerging public voice on antitrust issues and is often published in the national press.

Mr. Steinberg's antitrust work includes *BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al.,* where he serves as Interim Lead Counsel for indirect purchasers alleging that Martin Shkreli and his former companies illegally monopolized the market for the life-saving drug Daraprim; *In re Disposable Contact Lens Antitrust Litigation*, where he represents consumers challenging a series of "minimum pricing" policies imposed by contact lens manufacturers, and *In re Automotive Parts Antitrust Litigation*; a civil action with settlements of $1.2 billion and stemming from one of the largest Department of Justice criminal investigations in U.S. history.

Mr. Steinberg is a member of the Executive Board of the New York State Bar Association Antitrust Section and serves as Co-Chair of the Section's Class Action and Private Litigation Committee.

Mr. Steinberg is committed to *pro bono* work and has helped pioneer new legal strategies for women victimized by online sexual harassment.

## AWARDS

» American Antitrust Institute: Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2020)

» *Super Lawyers*: New York Metro Rising Star (2020-2021 Editions)

» Minnesota State Bar Association: North Star Lawyer (named for providing at least 50 hours of *pro bono* legal services, 2015-2016)

*\*\*Being named to the list or receiving the award is not intended and should not be viewed as comparative to other lawyers or to create an expectation about results that might be achieved in a future matter.*

## WRITINGS

» **US Antitrust Regulators Should Foster Climate Collaboration**
*Law360* (April 13, 2021)

» **States Can Use the Coronavirus Response to Go After Insulin Price Gougers**
*Slate* (April 9, 2020; nominated for a *Concurrences* 2021 Antitrust Writing Award in Business Articles: Unilateral Conduct)

» **Unintended Consequences: How a DOJ Antitrust Investigation Could Exacerbate Global Warming**
*The National Law Journal* (December 17, 2019)

» **Insight: Defendants Class Actions The Solution to Suing Hundreds of Defendants**
*Bloomberg Law* (December 8, 2018; nominated for a *Concurrences* 2019 Antitrust Writing Award in Business Articles: Private Enforcement).

» **Revisiting the Applicability and Scope of Daubert at Class Certification Three Years after *Comcast v. Behrend***
*Antitrust Health Care Chronicle* (February 2016)

## SPEAKING ENGAGEMENTS/LECTURES

» **What Role Will Consumer Litigation Play in the Antitrust Fight Over Tech Platforms?**
New York State Bar Association Antitrust Law Section and Corporate Counsel Section, New York, New York (January 30, 2020)

» **Cartel Damages Claims: Economic Approached to Estimating Overcharges**
New York State Bar Association, New York, New York (September 12, 2017)

## ORGANIZATIONS

» New York State Bar Association Antitrust Section, Executive Board Member; Class Action and Private Litigation Committee Co-Chair

ROBINSKAPLAN.COM