# Exhibit C



# FIRM RESUME

www.scott-scott.com



Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients. The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in US, UK, and EU courts, offering a one-stop shop for international recoupment.



# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997. The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than one hundred attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, NY and San Diego, CA, with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments. Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives. The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring. The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.



# ANTITRUST LITIGATION

Scott+Scott represents investors, businesses, and consumers in price-fixing, bid-rigging, monopolization, and other restraints of trade cases on both a class-wide and individual basis. The Firm's work for its clients helps ensure that markets remain free, open, and competitive.

The American Antitrust Institute has recognized Scott+Scott for our innovative enforcement of antitrust laws on behalf of private plaintiffs in 2014, 2018 and 2020. In addition, SSRN's 2018 Antitrust Annual Report found that in 2018 the Firm achieved the largest antitrust settlement in the U.S. for its clients and ranked first nationally in aggregate antitrust settlement recoveries obtained from 2013 to 2018.

Scott+Scott has pioneered the use of antitrust laws in the financial sector, including credit default swaps, private equity, bonds, interest rate derivatives and foreign exchange, to recover for investors. Unlike other firms that predominantly file "follow on" cases after government enforcement actions, Scott+Scott invests "upfront" in economists and investigators to supplement the in-depth analysis of its experienced attorneys to identify and file meritorious (and often novel) cases *before* they are brought by other members of the antitrust bar or by regulators.

Scott+Scott's passion for litigating competition matters in the financial sector extends to its commodity manipulation litigation practice. Using the Commodity Exchange Act, Scott+Scott's lawyers regularly bring claims on behalf of municipal and pension funds, retail investors, and others harmed by major financial institutions' manipulation of commodity markets. Attorneys in Scott+Scott's commodity manipulation group have decades of experience litigating these matters and have recovered hundreds of millions of dollars on behalf of their clients.

Our dedicated team of antitrust partners have built one of the nation's top plaintiffs' firms for antitrust actions. Furthermore, our European expansion reflects a commitment and ability to pursue claims on a global basis.



# Antitrust
# CASE EXAMPLES

Antitrust actions in which Scott+Scott currently serves as a lead or co-lead counsel include:

• *In re: Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.) (challenging price-fixing of foreign exchange rates; over $2.3 billion in final-approved settlements). The largest antitrust settlement of 2018 according to the American Antitrust Institute;

• *In re Disposable Contact Lens Antitrust Litig.*, No. 15-md-02626 (M.D. Fla.) (class action alleging illegal anticompetitive policies to eliminate discount pricing by the major manufacturers and distributors of disposable contact lenses);

• *In re European Gov't Bonds Antitrust Litig.*, No. 19-cv-02601 (S.D.N.Y) (challenging manipulation in the market for European Government Bonds);

• *Klein, et al. v. Facebook, Inc.,* 5:20-cv-08570-LHK (N.D. Cal.) (plaintiffs allege that Facebook orchestrated a years-long scheme to monopolize the social advertising market and charge supracompetitive prices to its advertising customers);

• *In re Cattle Antitrust Litig.,* No. 19-cv-1222 (D. Minn.) (brought on behalf of ranchers against the big four packers who control approximately 80% of the market.  The ranchers alleged the packers conspired to drive down the prices paid for cattle);

• *Sky Federal Credit Union v. Fair Isaac Corp.,* No.1:20-cv-02114 (N.D. Illinois) (Plaintiffs, credit unions other direct purchasers of credit scores from Fair Isaac and the credit bureaus (Experian, Equifax, and TransUnion), allege that Fair Isaac and the three major credit bureaus entered into anticompetitive agreements concerning credit-scoring services and, inter alia, conspired to maintain Fair Isaac's monopoly in the credit-score market).

Antitrust cases which have been resolved in which Scott+Scott served as lead or co-lead counsel include:

• *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) (challenging bid rigging and market allocation of leveraged buyouts by private equity firms; $590.5 million in settlements);

• *Alaska Elec. Pension Fund v. Bank of Am. Corp.*, No. 14-cv-07126 (S.D.N.Y.) (challenging price-fixing of the ISDAfix benchmark interest rate; case resulted in $504.5 million in settlements, for the third largest antitrust settlement of 2018 according to the American Antitrust Institute);

• *In re GSE Bonds Antitrust Litig.*, No. 19-cv-01704 (S.D.N.Y.) (challenging manipulation in the market for bonds issued by Government-Sponsored Entities, e.g., Freddie Mac and Fannie Mae; $386 million settlement);

• *In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891 (C.D. Cal.) (challenging price-fixing/illegal surcharge of ticket prices; $86 million in cash and travel voucher settlements); and

• *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd. Co.*, No. 12-cv-03824 (E.D. Pa.) (challenging monopolization in the sale of name-brand pharmaceutical on behalf of indirect purchaser class; $8 million settlement).



The Firm has aided in the recovery for class members by serving on the executive leadership committees in numerous other antitrust class actions, including:

• *In re Payment Card Interchange Fee & Merch. Discount Antitrust Litig.*, No. 05-md-01720 (E.D.N.Y.) (challenging price-fixing in the payment cards industry; $6.24 billion settlement preliminarily approved);

• *Kleen Products LLC v. Int'l Paper Co.*, No. 10-cv-05711 (N.D. Ill.) (challenging price-fixing of containerboard products; over $376 million in settlements);

• *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-02420 (N.D. Cal.) (challenging price-fixing of lithium-ion batteries on behalf of indirect purchaser class; over $113 million in settlements); and

• *In re Mexican Gov't Bonds Antitrust Litig.*, No. 18-cv-02830 (S.D.N.Y.) (an antitrust class action by eight institutional investors prosecuting ten global financial institutions for colluding to fix the prices of debt securities issued by the Mexican Government between 2006 and 2017).

Scott+Scott's class action antitrust experience includes serving as co-trial counsel in:

• *In re Scrap Metal Antitrust Litig.*, No. 02-cv-00844 (N.D. Ohio) (helped obtain $34.5 million jury verdict, which was later affirmed by the U.S. Court of Appeals for the Sixth Circuit); and

• *Ross v. Bank of Am. N.A.*, MDL No. 1409 (S.D.N.Y.) (bench trial involving agreement among payment cards to impose arbitration terms on cardholders).



# ACCOLADES

### U.S. News & World Report "Best Law Firms"
The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

### American Antitrust Institute
The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the Firm #1 nationally for aggregate settlements: 2013-2018.

### Global Competition Review
At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

### Law 360 Glass Ceiling Report
Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360. The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm.[1, 2]" This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

### Center for Constitutional Rights
Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
[2] https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     



# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team. In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.



# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989)

St. Lawrence University (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Arizona and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters. He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels. Among other cases, Mr. Scott served as co-lead counsel in Dahl v Bain Capital Partners, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million. He was lead counsel in Red Lion Medical



Safety v. Ohmeda, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015. In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



# CHRISTOPHER M. BURKE

### PRACTICE EMPHASIS
Christopher M. Burke chairs Scott+Scott's competition practice and sets the firm's litigation standards.

### ADMISSIONS
States of California, New York, and Wisconsin; numerous United States District Courts and Courts of Appeal

### EDUCATION
University of Wisconsin (M.A. 1989; J.D. 1993; Ph.D. 1996); William & Mary (M.A. 1988);
The Ohio State University (B.A. 1984)

### HIGHLIGHTS
Mr. Burke currently sits as a partner in the firm's San Diego and New York offices with a principal practice in complex antitrust litigation, particularly in the financial services industry. He has served as lead counsel in some of the world's largest financial services antitrust matters, including *In re GSE Bonds Antitrust Litigation*, No. 19-cv-01704 (S.D.N.Y.) ($386.5 million settlement pending) and *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 14-cv-7126 (S.D.N.Y) (ISDAfix litigation) ($504.5 million settlement). Currently, he is co-lead counsel in *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* No. 13-cv-7789 (S.D.N.Y.) ($2.3 billion settlement); *In re Disposable Contact Lens Antitrust Litigation,* No. 3:15-md-2626 (M.D. Fla.);and *Litovich v. Bank Of America Corporation*, No. 20-cv-03154 (S.D.N.Y.)

He has served as co-lead counsel in *Dahl v. Bain Capital Partners,* No. 07-cv-12388 (D. Mass.) ($590.5 million settlement); *Axiom Investment Advisors, LLC*, by and through its Trustee, *Gildor Management LLC v. Barclays Bank PLC,* No. 15-cv-09323 (S.D.N.Y.) ($50 million settlement); *In re Currency Conversion Antitrust Litigation,* MDL No. 1409 (S.D.N.Y.) ($336 million settlement); *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation,* MDL No. 1720 (E.D.N.Y.) (subsequently as an executive committee member after joining Scott+Scott) (up to $6.24 billion settlement); *LiPuma v. American Express Co.*, No. 1:04-cv-20314 (S.D. Fla.) ($90 million settlement); and was one of the trial counsel in *Schwartz v. Visa,* No. 822505-4 (Alameda Cty. Super. Ct.) ($780 million plaintiff's judgment after six months of trial); and *In re Disposable Contact Lens Antitrust Litigation,* MDL No. 1030 (M.D. Fla.) ($90 million settlement with final settlements occurring during trial). Mr. Burke was one of the original lawyers in the *Wholesale Elec. Antitrust cases in California,* which settled for over $1 billion.



Further, Mr. Burke was trial counsel in *Ross v. Bank of America N.A.,* No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.) and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y.). He was also co-lead counsel for indirect purchasers in *In re Korean Air Lines Co., Ltd. Antitrust Litigation,* MDL No. 1891 (C.D. Cal.) ($86 million settlement), and *In re Prudential Ins. Co. of America SGLI/VGLI Contract Litigation,* No. 11-md-2208 (D. Mass.) ($40 million settlement). Mr. Burke also investigated and filed the first complaint in *In re Credit Default Swaps Antitrust Litigation,* No. 13-md-2476 (S.D.N.Y.).

Mr. Burke frequently lectures at professional conferences and CLEs on competition matters, including litigation surrounding financial benchmarks, class-barring arbitration clauses, the effects of *Twombly* in 12(b)(6) motions, and the increasing use of experts at class certification and trial. The American Antitrust Institute ("AAI") honored Christopher Burke and Scott+Scott Attorneys at Law with an Outstanding Antitrust Litigation Achievement in Private Law Practice award at their 2018 Antitrust Enforcement Awards for efforts in the ISDAfix litigation and in 2020 for efforts in the *GSE Bonds* litigation. In 2014, he was also recognized for his exemplary work in the *Dahl v. Bain Capital Partners* matter by the AAI. Mr Burke has regularly been designated as a Super Lawyer by Thomson Reuters, and is recognized by Lawdragon and Benchmark Litigation.

Mr. Burke served as an Assistant Attorney General at the Wisconsin Department of Justice and has lectured on law-related topics, including constitutional law, law and politics, and civil rights at the State University of New York at Buffalo and at the University of Wisconsin. Mr. Burke's book, *The Appearance of Equality: Racial Gerrymandering, Redistricting, and the Supreme Court* (Greenwood, 1999), examines conflicts over voting rights and political representation within the competing rhetoric of communitarian and liberal strategies of justification.

Mr. Burke recently co-authored an article with Stephanie A. Hackett, David W. Mitchell, Simon J. Wilke, Melanie Stallings Williams, Michael A. Williams, and Wei Zhao, on financial services antitrust litigation entitled, *Masters of the Universe: Bid Rigging by Private Equity Firms in Multibillion Dollar LBOs*, 87 U. Cin. L. Rev. 29 (2018).



# JOSEPH P. GUGLIELMO

PRACTICE EMPHASIS

Joseph P. Guglielmo represents clients in consumer, antitrust and privacy litigation in federal and state courts throughout the United States.

ADMISSIONS

United States Supreme Court; United States Courts of Appeal: First, Second, Third, Sixth, Eighth, Ninth and Eleventh Circuits; United States District Courts: Southern, Eastern and Northern Districts of New York, Districts of Massachusetts, Connecticut, and Colorado, Northern District of Illinois, Eastern District of Wisconsin; States of New York and Massachusetts; District of Columbia

EDUCATION

Catholic University of America (J.D., 1995; B.A., cum laude, 1992; Certificate of Public Policy)

HIGHLIGHTS

Mr. Guglielmo is a partner in the firm's New York office and was recognized for his efforts representing New York University in obtaining a monumental temporary restraining order seeking the recovery of over $200 million from a Bernard Madoff feeder fund. Specifically, in approving the settlement, New York State Supreme Court Justice Richard B. Lowe III stated, "Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court."

Mr. Guglielmo currently serves in a leadership capacity in a number of complex class actions, including: Forth v. Walgreen Co, Inc., No. 1:17-cv-02246 (N.D. Ill.) (lead counsel, asserting claims on behalf of nationwide class of consumers and third-party payers alleging overcharges for prescription drugs); Stafford v. Rite Aid Corporation, 3:17-cv-01340 (S.D. Cal.) (lead counsel, asserting claims that Rite Aid overcharged customers for prescription drugs); In Re: Disposable Contact Lens Antitrust Litigation, No. 3:15-md-2626 (M.D. Fla.)(co-lead counsel, settlements obtained in excess of $45 million on behalf of a class of contact lens purchasers alleging violations of the antitrust laws); Arkansas Federal Credit Union v. Hudson Bay, No. 1:19-cv-4492-PKC (S.D.N.Y.) (lead counsel, claims on behalf of financial institutions arising out of data breach); Sohmer v. UnitedHealth Group Inc., No. 18-cv-03191 (JNE/BRT) (D. Minn.) (co-lead counsel, claims on behalf of ERISA plan participants alleging overcharge for pharmaceutical copayments); Negron v. Cigna Corporation, No. 3:16-cv-1702 (WWE) (D. Conn.) (chair of executive committee, claims on behalf of ERISA plan participants involving overcharge of copayments for prescription drugs); McPherson v. American Bank Systems, Inc., 5:20-cv-01307-G (W.D. Okla.) (co-lead counsel, claims involving disclosure of personal and financial



information resulting from data breach); In re Sonic Corp. Customer Data Security Breach Litig., 1:17-md-2807 (N.D. Ohio) (Plaintiffs' Steering Committee, claims on behalf of financial institutions involving breach of payment card information); and In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation, No. 2:19-md-2904 (D.N.J.), Plaintiffs' Steering Committee, claims on behalf of consumers involving data breach of personal information.

Mr. Guglielmo was recently a member of the settlement team and signatory of a $92 million settlement in In re TikTok, Inc., Consumer Privacy Litigation, No. 1:20-cv-04699 (N.D. Ill.), involving violations of privacy claims on behalf of consumers. Mr. Guglielmo was also actively involved in In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS (S.D.N.Y), where settlements in excess of $2 billion have been obtained on behalf of purchasers of foreign exchange instruments who alleged violations of federal antitrust laws.

Throughout Mr. Guglielmo's career, he has achieved significant victories and obtained numerous settlements for his clients, including: In re Equifax, Inc. Customer Data Security Breach Litigation, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers, preliminary approval of settlement valued at $32.5 million); In re The Home Depot, Inc., Customer Data Security Breach Litigation, MDL No. 2583 (N.D. Ga.) ($27.25 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 40 million credit and debit card holders); First Choice Federal Credit Union v. The Wendy's Company, No. 16-cv-00506 (W.D. Pa.) ($50 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 18.5 million credit and debit card holders); In re Target Corporation Customer Data Security Breach Litigation, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by the theft of sensitive payment card information); Veridian Credit Union v. Eddie Bauer LLC, No. 2:17-CV-00356-JLR (W.D. Wash.) ($9.8 million settlement on behalf of financial institutions arising out of data breach of payment card information); Winsouth Credit Union v. Mapco Express Inc., No. 3:14-cv-1573 (M.D. Tenn.) (settlement of the largest dollar-per-card recovery on behalf of financial institutions involving data breach of credit and debit card information).

Mr. Guglielmo was one of the principals involved in the litigation and settlement of In re Managed Care Litigation, MDL No. 1334 (S.D. Fla.), which included settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint, providing monetary and injunctive benefits exceeding $1 billion and played a leading role and obtained substantial recoveries for his clients including Love v. Blue Cross and Blue Shield Ass'n, No. 03-cv-21296 (S.D. Fla.), which resulted in settlements of approximately $130 million and injunctive benefits valued in excess of $2 billion; In re Insurance Brokerage Antitrust Litigation, MDL No. 1897 (D.N.J.), settlements in excess of $180 million; Valle v. Popular Community



# THOMAS K. BOARDMAN

### PRACTICE EMPHASIS
Thomas K. Boardman's practice focuses on antitrust litigation.

### ADMISSIONS
United States Courts of Appeal: Second and Ninth Circuits; United States District Courts: Southern District of New York, Northern and Central Districts of California; States of California and New York

### EDUCATION
University of California, Hastings College of the Law (J.D., 2009); Vassar College (B.A., 2004).

### HIGHLIGHTS
Mr. Boardman is a partner in the firm's New York office and represents plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, *In re GSE Bonds Antitrust Litigation*, *In re Disposable Contact Lens Antitrust Litigation*, and *In re Mexican Government Bonds Antitrust Litigation.* Mr. Boardman recently represented plaintiffs in *Alaska Electrical Pension Fund v. Bank of America Corp.*, a case regarding anticompetitive manipulation of the ISDAfix benchmark rate by large Wall Street banks.

At his prior firm, Mr. Boardman was a member of the trial team in *In re TFT-LCD (Flat Panel) Antitrust Litigation.* For his work on that case, Mr. Boardman was nominated by Consumer Attorneys of California as a finalist for Consumer Attorney of the Year. Mr. Boardman was also an instrumental part of the lead counsel team in *In re Potash Antitrust Litigation (II)*, a case that featured a unanimous victory before an *en banc* panel of the Seventh Circuit, resulting in one of the most influential antitrust appellate opinions in recent memory. Mr. Boardman also represented student-athletes in landmark antitrust litigation against the NCAA: *In re NCAA Athletic Grant-In-Aid Cap Antitrust Litigation* and *In Re NCAA Student-Athlete Name & Likeness Litigation*.

Mr. Boardman co-authored the following articles: *Reverse Engineering Your Antitrust Case: Plan for Trial Even Before You File Your Case,* Antitrust Magazine, Spring 2014, Vol. 28, No. 2, with Bruce L. Simon; and *Class Action for Health Professionals, chapter from Advocacy Strategies for Health and Mental Health Professionals,* Springer Publishing Co., 2011, with Bruce L. Simon, Stuart L. Lustig, Editor. Prior to joining Scott+Scott, Mr. Boardman worked at Pearson, Simon & Warshaw, LLP in San Francisco and served as a judicial law clerk to the Hon. Christina Reiss in United States District Court, District of Vermont.

While attending law school, he was a member of the Hastings Science and Technology Law Journal and worked as a research assistant to professors Geoffrey C. Hazard, Jr. and Rory K. Little.



Mr. Boardman has held memberships in the ABA Antitrust Section – Model Jury Instruction Revision Task Force, ABA Antitrust Section – Young Lawyers Division – Litigation Committee, ABA Antitrust Section – Young Lawyers Division – Civil Practice and Procedure Committee, New York State Bar Association – Antitrust Section, Bar Association of San Francisco, and Public Justice Foundation.

In addition, Mr. Boardman has been recognized by Super Lawyers as a leader in antitrust litigation.

Mr. Boardman enjoys running and can regularly be found doing laps of Prospect Park.



Scott+Scott + The Helmsley Building + 230 Park Ave, 17th Floor + New York, NY 10169 + United States + www.scott-scott.com

© 2020 Scott+Scott Attorneys at Law LLP