UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:15-md-2626-HES-JRK |
| DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Judge Harvey E. Schlesinger Magistrate Judge James R. Klindt |
| THIS DOCUMENT RELATES TO: All Class Actions | |

**UNOPPOSED MOTION FOR WITHDRAWAL
OF JONATHAN H. HATCH AS COUNSEL
FOR JOHNSON & JOHNSON VISION CARE, INC.**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Johnson & Johnson Vision Care, Inc. ("JJVCI") respectfully requests entry of an Order allowing Jonathan H. Hatch of the law firm Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") to withdraw as counsel of record for JJVCI in this action. In support of this motion, JJVCI states:

1. Jonathan H. Hatch has appeared as counsel for JJVCI in this case. Mr. Hatch is leaving his employment with the law firm of Patterson Belknap Webb & Tyler LLP effective August 5, 2022, and will no longer serve as counsel for JJVCI.

2. JJVCI has been advised of Mr. Hatch's impending departure and consents to his withdrawal from representation in this case.

3. JJVCI will continue to be represented by the law firms of Patterson Belknap Webb & Tyler LLP and GrayRobinson, P.A.

## MEMORANDUM OF LAW

JJVCI's Motion for Withdrawal of Counsel should be granted pursuant to Rule 2.02(c), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, JJVCI respectfully requests entry of an order allowing Jonathan H. Hatch to withdraw as counsel for JJVCI.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with Counsel for Plaintiffs, and Counsel for Plaintiffs have no objection to this motion.

Dated this 26th day of July, 2022.

 */s/ R. Troy Smith*
R. Troy Smith (Florida Bar No. 485519)
GRAYROBINSON, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611
Phone: (904) 632-8483
Fax: (904) 598-9109
Email: troy.smith@gray-robinson.com

William F. Cavanaugh, Jr.
Jonathan H. Hatch
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
Email: wfcavanaugh@pbwt.com
          jhatch@pbwt.com

*Counsel for Johnson & Johnson Vision Care, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ R. Troy Smith*
Attorney

#47990717 v1