# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-HES-LLL<br><br>Judge Harvey E. Schlesinger<br><br>Magistrate Judge Laura L. Lambert |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

### ALCON VISION, LLC'S UNOPPOSED MOTION TO RESET FAIRNESS HEARING AS TO TIME ONLY OR, IN THE ALTERNATIVE, ALLOW COUNSEL FOR ALCON TO APPEAR TELEPHONICALLY

Defendant Alcon Vision, LLC ("Alcon"), by and through its undersigned counsel, hereby files this Unopposed Motion to Reset Fairness Hearing as to Time Only or, in the alternative, to Allow Counsel for Alcon to Appear Telephonically, and as grounds therefor, states as follows:

1. This Court has set a fairness hearing regarding Plaintiffs' Motion for Attorneys Fees and Reimbursement of Expenses (Dkt. 1349) and Motion for Final Approval of Settlement Agreements with Defendants Alcon and Johnson &

Johnson Vision Care, Inc. ("Johnson & Johnson") (Dkt. 1348) for Wednesday, October 12, beginning at 9:30 AM in Jacksonville Courtroom 10 C.  (Dkt. 1353).

2. Counsel for Alcon, David R. Marriott, teaches a course at Columbia Law School that meets in person in New York City on Tuesday evenings and precludes him from traveling to Jacksonville the evening of Tuesday, October 11. Mr. Marriott is able to fly to Jacksonville the morning of Wednesday, October 12, but could not arrive at the courthouse by 9:30 AM that day.  Mr. Marriott could attend the hearing in person if it were reset for 11 AM that same day, Wednesday, October 12.  Accordingly, Alcon respectfully requests a slight modification of the hearing time to provide Mr. Marriott with sufficient time to travel to Jacksonville.

3. While Alcon believes Mr. Marriott's attendance in person is preferable, if the Court is not inclined to reschedule the fairness hearing, in the alternative, Alcon requests that the Court grant Mr. Marriott leave to attend the fairness hearing by telephone, as Mr. Marriott could appear telephonically beginning at 9:30 AM.

4. Alcon does not anticipate that either resetting the hearing or permitting Mr. Marriott to attend by telephone will affect the Court's ability to effectively and efficiently conduct and complete the hearing.

5.	Plaintiffs and counsel for Johnson & Johnson have notified Alcon that they have no objection to beginning the fairness hearing at 11 AM on Wednesday, October 12, or to Mr. Marriott's attendance by telephone if the Court is amenable.

## MEMORANDUM OF LAW

A district court has inherent authority to manage its docket.  *See Equity Lifestyle Prop., Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citation omitted).  For the reasons stated above, Alcon has demonstrated good cause as to why its request to start the fairness hearing set for Wednesday, October 12, 2022, an hour and a half later than currently scheduled should be granted in this case or, in the alternative, Mr. Marriott should be permitted to appear telephonically.  In addition, this Motion is unopposed, is made in good faith, is not for the purpose of delay, and granting it will not prejudice any of the parties in any way.

**WHEREFORE**, Alcon respectfully requests the Court reset the hearing presently scheduled for Wednesday, October 12, 2022, at 9:30 AM to Wednesday, October 12, 2022, at 11 AM.  In the alternative, Alcon respectfully requests the Court permit Mr. Marriott to appear telephonically.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, Alcon has conferred with Counsel for Class Plaintiffs and

counsel for Johnson & Johnson, who have authorized the undersigned to represent that neither Class Plaintiffs nor Johnson & Johnson object to the relief requested in this motion.

RESPECTFULLY SUBMITTED this 7th day of October 2022.

By: */s/* Brian G. Kelley
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
dmarriott@cravath.com

A. Graham Allen (Florida Bar No. 117110)
James. M. Riley (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
Brian G. Kelley (Florida Bar No. 0106430)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: 904-398-3911
Facsimile: 904-396-0663
gallen@rtlaw.com
jriley@rtlaw.com
shorovitz@rtlaw.com
bkelley@rtlaw.com

*Counsel for Alcon Vision, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Brian G. Kelley

Brian G. Kelley (Florida Bar No. 0106430)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: 904-398-3911
Facsimile: 904-396-0663
bkelley@rtlaw.com