UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
DISPOSABLE CONTACT LENS
ANTITRUST LITIGATION          CASE NO. 3:15-md-2626-HES-LLL

**Counsels of Record:**

| | | |
|---|---|---|
| **David Marriot** | **Robert Smith** | **Brian Kelly** |
| **Thomas Boardman** | **Michael Lockamy** | **Chris Lebsock** |
| **Ben Steinberg** | **George Sampson** | |

**HONORABLE HARVEY E. SCHLESINGER**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy:** Timothy Luksha
**Court Reporter:** Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:**   Fairness Hearing

The Court heard argument on:

Plaintiff's Motion for Final Approval of Settlement Agreements with Defendants Alcon Vision, LLC and Johnson & Johnson Vision Case, Inc. (Doc. 1348); Motion for Attorney's Fees and Reimbursement of Expenses (Doc. 1349).

Order to enter.

Date: October 12, 2022
Time: 9:28 a.m. – 9:44 a.m.
Total: 16 minutes