# EXHIBIT A

 **Contact Lens Antitrust Litigation**
**Opt Out Report**

| Epiq ID(s) | Name | Timely |
|---:|---|---|
| 4777 | AMITA NGUYEN | Yes |
| 12488 | JONATHAN PHILLIPS | Yes |
| 1193034 | STEVEN COLLOTON | Yes |
| 1302059 | STACIA MILLER | Yes |
| 1339819 | LAURA BALTES | Yes |
| 1384125 | BONNIE NESSEN | Yes |
| 1456168 | ALLISON LESSILA | Yes |
| 1504144 | DELPHINE TINKHAM | Yes |
| 1530371 | SARAH GLOWICKI | Yes |
| 1531726 | BROOKE DUKES | Yes |
| 1833286 | HAO YIN | Yes |
| 1907434 | CYNTHIA MILLS | Yes |
| 2153530 | JACKIE JONES | Yes |
| 2183185 | ALISON SNYDER | Yes |
| 2484563 | TAYLOR MCNULTY | Yes |
| 2500474 | JANVI PATEL | Yes |
| 2504290 | DEBRA LESSILA | Yes |
| 120314 | MERLE SHIIGI | Yes |