UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| In Re: <br><br> **DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-HES-LLL <br><br> Judge Harvey E. Schlesinger <br><br> Magistrate Judge Laura Lothman Lambert |
|---|---|
| **THIS DOCUMENT RELATES TO:** <br> All Class Actions | |

**DECLARATION OF JEANNE CHERNILA REGARDING CLAIM ADJUDICATION**

I, Jeanne Chernila, declare as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions ("Epiq") in Beaverton, Oregon. I am familiar with the actions taken by Epiq with respect to the settlements reached in this case between Plaintiffs and the Alcon Vision LLC f/k/a Alcon Laboratories, Inc. ("Alcon"), Johnson & Johnson Vision Care, Inc. ("JJVCI"), Bausch & Lomb, Inc. ("B&L"), and Cooper Vision, Inc. ("CVI"), and ABB Optical Group, LLC ("ABB") (collectively the "Defendants"), and the corresponding Claim Forms submitted and the processing of the Claim Forms. This Declaration is based upon my personal knowledge and information provided to me by Plaintiffs' counsel, and associates and staff under my supervision, and is accurate and truthful to the best of my knowledge.

2. Epiq is a full-service data processing company and has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort matters, SEC and FTC disgorgement actions, and other major litigation. Our associates include technology experts, attorneys,

paralegals, MBAs, and CPAs. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled.

3. Epiq is a firm with more than twenty (20) years of experience in data processing, claims processing, and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notice, receipt and processing of opt-outs and objections by potential class members, coordination with the United States Postal Service, claims database management, claim adjudication, fund management, and distribution services. Epiq works with the settling parties, the Court, and the settlement class members in a neutral facilitation role, taking the negotiated terms of a settlement and implementing settlement administration services.

4. In its capacity as Settlement Administrator, Epiq was retained to receive, review, and process the Claim Forms that were submitted, to handle communications and inquiries from potential Class Members, audit claims when necessary, and to otherwise assist Settlement Class Counsel in the administration process.

5. This declaration provides updated administrative information to previous declarations submitted by Cameron Azari.

## SUMMARY OF CLAIM FORMS RECEIVED

6. There were three separate rounds of claim filing: December 2, 2019, through March 31, 2020, for the B&L and CVI settlements ("Round One"), January 8, 2021, to April 7, 2021, for the ABB settlement ("Round Two"), and June 23, 2022, through September 19, 2022, for the Alcon and JJVCI settlements ("Round Three"). 36,635 claims were filed in Round One, 45,528 claims were filed in Round Two, and 67,487 claims were filed in Round Three, with all three rounds totaling 149,650 claim submissions. The aggregate amount claimed for these 149,650 claims was $143,521,533.05. Of the 149,650 claims received by Epiq, 903 claims were disallowed

due to late or foreign entity submission. Of the 148,747 allowed claims, two (2) also had associated timely exclusions requested, 2,071 were determined to be complete duplicate submissions, 18,331 were incomplete and partially payable, and 128,343 were complete and entered into review processing. A total of 86,133 supporting documents were submitted and reviewed.

7. Claim submissions were determined to be incomplete if any of the product purchases claimed were not covered under any Settlement Agreement but other product purchases claimed were Eligible Product Purchases.

## DEFICIENCY AND AUDIT PROCESSES

8. Epiq conducted extensive electronic and manual review of claim and supporting documentation submissions, including an intricate multi-layered QA/QC approach involving multiple teams to ensure proper handling, recordation, and dissemination of claim information. After our review of the claim submissions, on November 19, 2022, Epiq sent email communications to 14,231 Claimants with valid email addresses advising them that their claims appeared to be deficient, and of the nature of their claim's deficiency. These Claims were delineated into two respective groups: 14,059 claims were for individuals who did not have any or insufficient supporting documentation for claimed amounts in excess of $2,000 and 172 claims were from business Claimants. Per the terms of the Settlement Agreements, only purchases of products for personal use and not resale where the prices for such contact lenses were subject to a "Unilateral Pricing Policy" designated inclusion in the Class. Claimants were given thirty (30) days to respond and cure their respective deficiencies. Samples of the templates Epiq used for these deficiency letters are attached as **Exhibit 1**.

9. Additional review and audit of claim submissions identified an additional 2,232 claim submissions with unsubstantiated products' purchase amounts. All Claimants in this group had valid email addresses and email communications were sent

to each individual on January 6, 2023, advising them that their claims appeared to be deficient, and of the nature of their claim's deficiency. As with the initial deficiency notification, Claimants were given thirty (30) days to respond and cure their deficiencies. The template Epiq for this supplemental deficiency letter is attached as **Exhibit 2**.

10. Of the responses to both deficiency notifications received, 644 individual Claimant responses resulted in some claims being partially or fully substantiated. Four business Claimant responses received were sent to Class Counsel and ultimately led to those Four claims being withdrawn.

11. 81,422 claim submissions have been denied for late submission, duplicate submission, submission by business entity, submission by foreign entity, or for lacking any Eligible Product Purchases claimed. Email notifications regarding denial of submission will be sent to claimants with valid email addresses prior to disbursement. The template Epiq used for this email denial notification is attached as Exhibit 3. For claimants without a valid email address, denial notification letters will be sent via regular U.S. mail.

## CLAIMS PROCESSING RESULTS

12. As used herein, "Claimed Purchases" refers to the total of all covered product purchases listed on a Claim Form. "Recommended Disallowed Purchases" refers to Claimed Purchases that Epiq recommends be disallowed for one or more of the following reasons: (1) the Claimant failed to provide required information or documentation in support of the purchases; (2) the purchases were made from non-defendants; (3) the purchases were of non-eligible products; (4) the Claimant withdrew its claim; and (5) the purchases were duplicative. "Eligible Product Purchases" is the total amount of Claimed Purchases for products covered by the Settlement Agreements that Epiq recommends for payment, and Claimants with Eligible Product

Purchases are referred to as "Authorized Class Members." Claimants may participate in some settlements but not others, dependent upon when they submitted their Claim Forms as well as if they excluded themselves from any of the settlements. Additionally, per the terms of this settlement, Claimants can receive payments from a Defendant's Settlement Fund even if they made no purchases from that Defendant. CVI eligible product purchases are not eligible for participation in the B&L Settlement Fund.

13. For the B&L settlement, 17,326 Claimant submissions were determined to be eligible for participation, with an aggregate Eligible Product Purchase amount of $7,479,317.46.

14. For the CVI settlement, 19,083 Claimant submissions were determined to be eligible for participation, with an aggregate Eligible Product Purchase amount of $8,389,846.54.

15. For the ABB settlement, 40,355 Claimant submissions were determined to be eligible for participation, with an aggregate Eligible Product Purchase amount of $18,275,788.87.

16. For the Alcon settlement, 68,229 Claimant submissions were determined to be eligible for participation, with an aggregate Eligible Product Purchase amount of $33,437,083.74.

17. For the JJVCI settlement, 68,229 Claimant submissions were determined to be eligible for participation, with an aggregate Eligible Product Purchase amount of $33,437,083.74.

18. Award payments for Approved Class Members will be made from five (5) separate Net Settlement Funds: the B&L Settlement Fund ($2,901,043.91), the CVI Settlement Fund ($535,922.73), the ABB Settlement Fund ($18,923,468.03), the Alcon Settlement Fund ($12,709,817.23), and the JJVCI Settlement Fund ($34,951,997.37). A total of 68,229 Approved Class Members will receive award payments from one (1)

or more Settlement Funds, depending on which settlement(s) to which they made a claim.

19. The total amount of funding to be distributed to these 68,229 Approved Class Members is $67,200,621.96, which is $70,022,249.27 (the sum of the amounts set forth in Paragraph 18 above), less the holdback amount of $2,821,627.31 (described in Paragraph 20 below), which will be distributed to the above Settlement Funds on a *pro rata* basis. This means each Approved Class Member will receive, on average, approximately $984.93 based on the distribution methodology described herein.

20. Should the Court approve the disbursement, award payments will be made based on *pro rata* calculations for each individual net settlement (*i.e.*, after payment of Court-approved Attorney Fees and Costs, Named Plaintiff Service Awards, and notice and administration expenses, and taxes; and after receipt of interest earned on the Settlement Funds), less a holdback of $2,821,627.31 to account for not-yet-paid administration and tax expenses in addition to a reserve for any unanticipated expenses.[1] Epiq has calculated the *pro rata* distribution amount for each claim by calculating each Eligible Product Purchase price percentage of the total allowed covered Eligible Product Purchases and applying that percentage to the total dollar value for each applicable Net Settlement Fund available for distribution. Approved Class Member claims where the award amount is less than $10.00 will have a *de minimis* applied, with the lowest award amount being $14.25. Epiq is willing to provide these calculations to the Court *in camera* if requested to do so.

21. Epiq will prepare and mail distribution checks to Approved Class

---

[1] To date, Epiq has been paid roughly $2.3 million from the Settlement Funds for its work in this case. In addition to the additional notice and administration expenses that Epiq has or will incur for its work in this case, taxes will be owed for interest earned on these Settlement Funds, and Epiq, based on its expertise and experience, recommends holding back an additional amount to account for unexpected expenses. Specifically, and based on Epiq's calculations, Epiq recommends that Class Counsel hold back $906,082.31 for unpaid notice and administration expenses, $165,545.00 for potential tax liability, and $1,750,000.00 (roughly 2.5% of the combined Settlement Funds) for unanticipated expenses.

Members by prepaid First-Class US Mail.

22.     Epiq will issue replacement checks upon request by Approved Class Members and respond to inquiries from Approved Class Members about claim and check calculations.

23.     To encourage Approved Class Members to cash their award checks promptly and to avoid or reduce future expenses relating to uncashed checks, all award checks will bear the notation "Void if not negotiated whin ninety (90) days of date of issue."

24.     For Approved Class Members whose checks are returned as undeliverable, Epiq will attempt to locate new addresses by running the undeliverable addresses through online databases. If a new address is located, Epiq will update the database accordingly and re-issue the award check to the Approved Class Member at the new address.

25.     In the event an Approved Class Member loses or damages its check or otherwise requires a new check, Epiq will issue replacement upon receiving written instructions from the Approved Class Member, provided that the Approved Class Member returns the first check where appropriate.

26.     Payments to Approved Class Members will be made approximately 30 days after the Court approves disbursement. Award checks will be valid for ninety days after issuance.

## CLAIMANT COMMUNICATION

27.     From the launch of this settlement administration through May 10, 2023, Epiq has received 17,888 email communications from potential Class Members. Each email has been reviewed, researched, and responded to as required.

28.     From July 22, 2022 through May 10, 2023, Epiq has received 2,919 calls to the Interactive Voice Recognition ("IVR") system, representing 10,053 minutes of

use.

29. From the launch of this settlement administration through May 10, 2023, 12,197 calls to our live call center have been received.

30. From July 22, 2022 through May 10, 2023, the dedicated settlement website (www.contactlenssettlement.com) has received 275,055 unique visits with 977,330 individual page views.

31. Epiq continues to research and respond to all inquiries received and will continue to do so through the conclusion of administration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2023, at Rio Nido, California.

*Jeanne Chernila*
Jeanne Chernila