# Exhibit 1

**Email Notice**

**Notice of Insufficient Information Submitted**

**Name: $$Key_Name$$**
**Tracking Number:  $$Tracking_Number$$**
**Total Number of Purchases:  $$Remark_1$$**
**Total Value Claimed:  $$Total_RL$$**

The claim you submitted in connection with class action settlements reached in *In re Disposable Contact Lens Antitrust Litigation* has been reviewed and determined to be incomplete.

Please provide documentation which supports the total number of purchases and total value claimed as noted above.  Appropriate documentation includes copies of receipts showing the specific product(s) purchased as well as purchase date, or invoices showing itemized purchases.  Any supporting documentation that does not clearly show the product(s) purchased and amount paid for each product will not be accepted.  Failure to submit proper supporting documentation will result in the denial of your claim.

Please submit your supporting documentation, along with a copy of this email communication, no later than **December 19, 2022** to the Settlement Administrator at:
Disposable Contact Lens Settlement Administrator
P.O. Box 2995
Portland, OR 97208-2995

Late responses will not be considered.

For more information, call toll-free 1-877-253-3649 or visit www.ContactLensSettlement.com.

**Email Notice**

**Notice of Insufficient Information Submitted**

**Name: $$Key_Name$$**
**Tracking Number:  $$Tracking_Number$$**
**Total Number of Purchases:  $$Remark_1$$**
**Total Value Claimed:  $$Total_RL$$**

The claim you submitted in connection with class action settlements reached in *In re Disposable Contact Lens Antitrust Litigation* has been reviewed and determined to be incomplete.

Please provide documentation which supports the total number of purchases and total value claimed as noted above.  Appropriate documentation includes copies of receipts showing the specific product(s) purchased as well as purchase date, or invoices showing itemized purchases.  Any supporting documentation that does not clearly show the product(s) purchased and amount paid for each product will not be accepted.  Multi-year invoices are not acceptable supporting documentation.  Documentation must show that purchases made were for personal use and not for resale purposes.  Failure to submit proper supporting documentation will result in the denial of your claim.

Additionally, as per the Settlement Agreement, you are a member of one or more of the Classes if you purchased disposable contact lenses manufactured by one of the Defendant Manufacturers **for your personal use** (i.e., not for resale), the purchase(s) occurred during the period when the Unilateral Pricing Policy, or UPP, was in effect, and those disposable contact lenses were subject to a UPP.  Please provide documentation showing that purchases made were on behalf of and for employee use and not for resale.

Please submit your supporting documentation, along with a copy of this email communication, no later than **December 19, 2022** to the Settlement Administrator at:
Disposable Contact Lens Settlement Administrator
P.O. Box 2995
Portland, OR 97208-2995

Late responses will not be considered.

For more information, call toll-free 1-877-253-3649 or visit www.ContactLensSettlement.com.