# Exhibit 2

<u>Email Notice</u>

**Notice of Insufficient Information Submitted**

**Name: $$Key_Name$$**
**Tracking Number:  $$Tracking_Number$$**
**Total Number of Purchases:  $$Remark_1$$**
**Total Value Claimed:  $$Total_RL$$**

The claim you submitted in connection with class action settlements reached in *In re Disposable Contact Lens Antitrust Litigation* has been reviewed and determined to be incomplete.

Please provide documentation which supports the total number of purchases and total value claimed as noted above.  Appropriate documentation includes copies of receipts showing the specific product(s) purchased as well as purchase date, or invoices showing itemized purchases.  Any supporting documentation that does not clearly show the product(s) purchased and amount paid for each product will not be accepted.  Failure to submit proper supporting documentation will result in the denial of your claim.

Please submit your supporting documentation, along with a copy of this email communication, no later than **February 6, 2023** to the Settlement Administrator at:
Disposable Contact Lens Settlement Administrator
P.O. Box 2995
Portland, OR 97208-2995

Late responses will not be considered.

For more information, call toll-free 1-877-253-3649 or visit www.ContactLensSettlement.com.