# Exhibit 3

<u>Email Notice</u>

Notice of Claim Determination

**Name: $$Key_Name$$**
**Tracking Number:  $$Tracking_Number$$**

We received the Claim Form(s) you submitted in connection with class action settlements reached in *In re Disposable Contact Lens Antitrust Litigation.* We have determined, based on our review of your Claim(s), that the Claim(s) is/are denied for the reasons identified below.  **PLEASE NOTE: This is the only notice you will receive with respect to your Claim(s).  This determination is final, irreversible, and cannot be appealed.**

Your Claim(s) has been denied because you either claimed ineligible product puchases, did not meet the criteria for Settlement Class inclusion, did not provide substantiating documentation when requested, or you submitted your Claim(s) after the filing deadline(s).

There is no opportunity to amend your Claim submission at this time, and the Court has approved the final distribution list.

Thank you,
Disposable Contact Lens Settlement Administrator
P.O. Box 2995
Portland, OR 97208-2995
1-877-253-3649
www.ContactLensSettlement.com.