UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re:<br><br>**DISPOSABLE CONTACT LENS ANTITRUST LITIGATION** | Case No. 3:15-md-2626-J-20LLL |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>All Class Actions | |

**UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFFS**

Pursuant to Rule 2.02(c) of the Local Rules of this Court, Irving Scher respectfully requests entry of an order allowing his withdrawal as counsel for the Plaintiffs in this action and that he be relieved from any electronic registration requirements and electronic filing notifications.

1. I previously appeared as counsel for Plaintiffs in this action. As of June 30, 2023, I am no longer associated with the law firm of Hausfeld LLP.

2. Attorneys at Hausfeld LLP will continue to be counsel of record for Plaintiffs and no delay in the progress of this action will result from the withdrawal.

**RULE 2.02(c)(1)(b)(i) CERTIFICATION**

The plaintiff class, by and through court appointed lead counsel, consent to the undersigned's withdrawal.

**RULE 3.01(g) CERTIFICATION**

Under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with Counsel for Defendants, and Defendants have no objection to this motion.

Dated: July 25, 2023

                                                */s/ Irving Scher*
                                                Irving Scher