7I6I4IXIXIXPRI
A Maria Taylor
1201 S Hope St
Los Angeles, CA 90015

1**************************SNGLP 480

Clerk of Court
US District Court
300 N Hogan St Ste 9-150
Jacksonville, FL 32202-4271




Presorted
First-Class Mai
U.S. Postage Pa
C2M LLC
22202